PRISONER CASE



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** WILLIAM DUKES | **Defendant(s):** THOMAS DART, etc., et al. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:**<br>William Dukes<br>#2005-0022546<br>Cook County Jail<br>P.O. Box 089002<br>Chicago, IL  60608 | **Defendant's Attorney:** |

F I L E D
APR 1 6 2008  TC
APR 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**08CV2163
JUDGE COAR
MAG. JUDGE MASON**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** /s/ O.E. Woodham    **Date:** 04/16/2008