**FILED**

APR 1 6 2008 *aur*

APR 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

WILLIAM  DUKES
Plaintiff

v.

THOMAS J. DART, et al;

Defendant(s)

**08CV2163**
**JUDGE COAR**
**MAG. JUDGE MASON**

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __WILLIAM  DUKES__ , declare that I am the ☒plaintiff ☐xxxxxxxxxxxxxxx ☐xxxxxxxxxxxxxxxxxxxx) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions **under penalty of perjury**:

1.  Are you currently incarcerated?     ☒Yes     ☐No   (If "No," go to Question 2)
    I.D. # 2005-0022546 _____ Name of prison or jail: COOK  COUNTY  DEPT.  OF  CORRECTIONS
    Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: N / A

2.  Are you currently employed?     ☐Yes     ☒No
    Monthly salary or wages: N / A
    Name and address of employer: N / A

    a.  If the answer is "No":
        Date of last employment: NOVEMBER  2003
        Monthly salary or wages: $ 500.00  PER MONTH
        Name and address of last employer: JIFFY  LUBE
        1100  W.  NORTH AV. / CHICAGO,  ILLINOIS  ???

    b.  Are you married?     ☐Yes     ☒No
        Spouse's monthly salary or wages: N / A
        Name and address of employer: N / A

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then  check all boxes that apply in each category.*

    a.  Salary or wages                                                    ☐Yes     ☒No
        Amount  N /A _____ Received by ___ N / A

b.     ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes          x☒No
Amount _____N / A_____          Received by_____N / A_____

c.     ☐ Rent payments, ☐ interest or ☐ dividends          ☐Yes          x☒No.
Amount_____N / A_____          Received by  N / A

d.     ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                    ☐Yes          x☒No
Amount _____N / A_____          Received by_____N / A_____

e.     ☐ Gifts or ☐ inheritances          ☐Yes          x☒No
Amount_____N / A_____          Received by  N / A

f.     ☐Any other sources (state source:_____)     ☐Yes          x☒No
Amount_____N / A_____          Received by  N / A

4.     Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?          ☐Yes     x☒No          Total amount:  N / A
In whose name held:_____N / A_____          Relationship to you:_____N / A_____

5.     Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?          ☐Yes          x☒No
Property:_____N / A_____          Current Value:_____N / A_____
In whose name held:_____N / A_____          Relationship to you:_____N / A_____

6.     Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?          ☐Yes          x☒No
Address of property:_____N / A_____
Type of property:_____N / A_____          Current value:  N / A
In whose name held:_____N / A_____          Relationship to you:_____N / A_____
Amount of monthly mortgage or loan payments:  N / A
Name of person making payments:_____N / A_____

7.     Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
                                                                    ☐Yes          x☒No
Property:_____N / A_____
Current value:  N / A
In whose name held:  N / A          Relationship to you:_____N / A_____

8.     List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support. If none, check here x☒No dependents
_____N / A_____
_____N / A_____

PLEASE NOTE THAT THE ATTACHED CERTIFICATION OF MY AVERAGE INMATE TRUST FUND DEPOSITS IS WRONG. THE CORRECTIONAL REHABILITATION WORKER (SOCIAL WORKER) WHO COMPLETED THE CERTIFICATION ADDED MY TOTAL DEPOSITS FOR THE LAST TWO (2) YEARS AND THEN DIVIDED BY SIX (6). HE ALSO REFUSES TO CORRECT HIS MISTAKE.

IN THE LAST SIX (6) MONTHS I HAVE HAD ONLY ONE (1) DEPOSIT TO MY JAIL ACCOUNT. THE DEPOSIT WAS FOR EXACTLY $200.00 AND I RECEIVED THIS DEPOSIT AS A ONE-TIME CLASS ACTION SETTLEMENT AS A RESULT OF THE JAIL'S FORCED MEDICAL SCREENING FOR STD's UPON INTAKE TO THE JAIL (U.S. DISTRICT COURT/NORTHERN #06 CV 493)

FURTHERMORE, AS SHOWN BY THE JAIL ISSUED PRINT OUTS OF MY TRUST FUND ACCOUNT MY BALANCE WAS ZERO (0) FOR OVER A YEAR PRIOR TO THE 12 MARCH 2008 DEPOSIT FOR $200.00

MY CORRECT AVERAGE MONTHLY DEPOSITS FOR THE LAST SIX (6) MONTHS IS ACTUALLY $33.34 ($200.00 ÷ 6). $136.45 IS MY CORRECT CURRENT BALANCE.

* I DID NOT INCLUDE THIS AMOUNT ON PAGE TWO (2) OF THIS "IN FORMA PAUPERIS APPLICATION" AND "FINANCIAL AFFIDAVIT" BECAUSE IT SPECIFICALLY ASKS ABOUT RECEIPT OF MORE THAN $200.00 AND THE AMOUNT I RECEIVED WAS EXACTLY $200.00.

3

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _4-1-08_

_William Dukes_
Signature of Applicant

_WILLIAM DUKES_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account—prepared by each institution where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, WILLIAM DUKES , I.D.# 2005-0022546 , has the sum of $ 136.45 on account to his/her credit at (name of institution) COOK COUNTY DEPT. OF CORRECTIONS I further certify that the applicant has the following securities to his/her credit: N/A . I further certify that during the past six months the applicant's average monthly deposit was $ 42.50 . (Add all deposits from all sources and then divide by number of months).

04/02/08
DATE

_J. Hampton_
SIGNATURE OF AUTHORIZED OFFICER

_Hampton_
(Print name)

✗ PLEASE SEE PAGE 3, ACTUAL AVERAGE $33.34
_Wm Dukes_

rev. 7/18/02

4



| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 03/26/2008 | ORDER DEBIT | -7.10 | 136.45 |
| 03/19/2008 | ORDER DEBIT | -56.45 | 143.55 |
| 03/12/2008 | CREDIT | 200.00 | 200.00 |
| 02/28/2007 | ORDER DEBIT | -3.70 | 0.00 |
| 02/21/2007 | ORDER DEBIT | -21.36 | 3.70 |
| 02/20/2007 | CREDIT | 25.00 | 25.06 |
| 06/08/2006 | ORDER DEBIT | -0.03 | 0.06 |
| 05/04/2006 | ORDER DEBIT | -0.66 | 0.09 |
| 04/20/2006 | ORDER DEBIT | -29.27 | 0.75 |
| 04/17/2006 | CREDIT | 30.00 | 30.02 |

20050022546 - DUKES, WILLIAM R.
BALANCE: $136.45

[Next 10 Records]
Click A Transaction To View The Detail or Print Full Report

© 2004 ARAMARK Corporation. All Rights Reserved

*FEB 2007*

*2006*

From 2-28-07 until 3-11-08 OVER A YEAR MY BALANCE WAS ∅



**ARAMARK** Managed Services *Managed Better*®

## **TRANSACTION REPORT**
Print Date: 04/02/2008

| Inmate Name: | DUKES, WILLIAM R. | Balance: | $136.45 |
|---|---|---|---|
| Inmate Number: | 20050022546 | | |
| Inmate DOB: | 12/16/1967 | | |



| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 03/26/2008 | ORDER DEBIT | -7.10 | 136.45 |
| 03/19/2008 | ORDER DEBIT | -56.45 | 143.55 |
| 03/12/2008 | CREDIT | 200.00 | 200.00 |
| 02/28/2007 | ORDER DEBIT | -3.70 | 0.00 |
| 02/21/2007 | ORDER DEBIT | -21.36 | 3.70 |
| 02/20/2007 | CREDIT | 25.00 | 25.06 |
| 06/08/2006 | ORDER DEBIT | -0.03 | 0.06 |
| 05/04/2006 | ORDER DEBIT | -0.66 | 0.09 |
| 04/20/2006 | ORDER DEBIT | -29.27 | 0.75 |
| 04/17/2006 | CREDIT | 30.00 | 30.02 |
| 02/23/2006 | ORDER DEBIT | -0.03 | 0.02 |
| 02/16/2006 | ORDER DEBIT | -0.03 | 0.05 |
| 12/08/2005 | ORDER DEBIT | -29.92 | 0.08 |
| 12/01/2005 | CREDIT | 30.00 | 30.00 |
| 10/05/2005 | ORDER DEBIT | -0.03 | 0.00 |
| 09/14/2005 | ORDER DEBIT | -0.03 | 0.03 |
| 09/07/2005 | ORDER DEBIT | -0.03 | 0.06 |
| 08/31/2005 | ORDER DEBIT | -0.06 | 0.09 |
| 07/20/2005 | ORDER DEBIT | -1.82 | 0.15 |
| 07/18/2005 | RETURN CREDIT | 1.95 | 1.97 |
| 06/22/2005 | ORDER DEBIT | -7.03 | 0.02 |
| 06/01/2005 | CREDIT | 7.04 | 7.05 |
| 05/18/2005 | ORDER DEBIT | -14.17 | 0.01 |
| 05/17/2005 | CREDIT TRANSFER | 7.00 | 14.18 |
| 05/12/2005 | PAYROLL | 7.00 | 7.18 |
| 05/04/2005 | ORDER DEBIT | -14.28 | 0.18 |
| 04/29/2005 | CREDIT TRANSFER | 14.00 | 14.46 |
| 04/27/2005 | ORDER DEBIT | -0.34 | 0.46 |
| 04/20/2005 | ORDER DEBIT | -13.48 | 0.80 |
| 04/18/2005 | CREDIT TRANSFER | 14.00 | 14.28 |
| 04/06/2005 | ORDER DEBIT | -6.72 | 0.28 |
| 03/31/2005 | PAYROLL | 7.00 | 7.00 |
| 03/30/2005 | ORDER DEBIT | -7.00 | 0.00 |
| 03/29/2005 | CREDIT TRANSFER | 7.00 | 7.00 |

*handwritten annotations:* FOR 2007 / 2006 / From 2-28-07 TO 3-11-07 OVER A YEAR MY BALANCE Ø

© 2004 ARAMARK Corporation. All Rights Reserved