UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
APR 1 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV2163
JUDGE COAR
MAG. JUDGE MASON

WILLIAM DUKES
    PLAINTIFF

VS.        CASE NO: _____

THOMAS DART, SHERIFF
SALVADORE GODINEZ, EXECUTIVE DIRECTOR COOK COUNTY DEPARTMENT OF CORRECTIONS (CCDOC)
SUPERINTENDENT SNOOKS, (FORMER) SUPERINTENDENT DIVISION 9, CCDOC
SUPERINTENDENT TURNER, (FORMER) SUPERINTENDENT DIVISION 9, CCDOC
SUPERINTENDENT SALAZAR, (CURRENT) SUPERINTENDENT DIVISION 9, CCDOC
CHIEF MILLER, CHIEF OF SECURITY DIVISION 9, CCDOC
JOHN/JANE DOE DIRECTOR C.Q.I. SERVICES, CERMAK HEALTH SERVICES
JANE DOE DENTAL TREATMENT PROVIDER (DENTIST)
JOHN DOE DENTAL TREATMENT PROVIDER (DENTIST)
JANE DOE DENTAL ASSISTANT
DOCTOR KHAN, MEDICAL TREATMENT PROVIDER (MEDICAL DOCTOR)
JOHN AND JANE DOE MEDICAL STAFF (MEDICAL ASSISTANTS, TECHNICIANS, PARAMEDICS) (DIVISION 9)
PARAMEDIC (MR.) PATTON, DIVISION 9, CCDOC
SERGEANT CALVIN AND OFFICER LEIGH, DIVISION 9, CCDOC
INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES, DEFENDANTS

## MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES THE PLAINTIFF **WILLIAM DUKES**, PURSUANT TO 28 U,S,C,§1915(e)(1) AND HEREBY MOVES THIS HONORABLE COURT FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS CASE. IN SUPPORT OF THIS MOTION, PLAINTIFF STATES:

1. PLAINTIFF IS UNABLE TO AFFORD COUNSEL. HE HAS REQUESTED LEAVE TO PROCEED IN FORMA PAUPERIS.

2. PLAINTIFF'S IMPRISONMENT WILL GREATLY LIMIT HIS ABILITY TO LITIGATE. THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX, AND WILL REQUIRE SIGNIFICANT RESEARCH AND INVESTIGATION. PLAINTIFF HAS LIMITED ACCESS TO THE LAW LIBRARY AND LIMITED KNOWLEDGE OF THE LAW.

3. A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFLICTING TESTIMONY, AND COUNSEL WOULD BETTER ENABLE PLAINTIFF TO PRESENT EVIDENCE AND CROSS EXAMINE WITNESSES.

4. PLAINTIFF HAS MADE SEVERAL EFFORTS TO OBTAIN A LAWYER. THE FOLLOWING ARE A LIST OF ATTORNEYS/LAW FIRMS TO WHICH THE PLAINTIFF HAS WRITTEN:

ATTORNEY THOMAS G. MORRISSEY , CHICAGO , ILLINOIS

ATTORNEY KENNETH N. FLAXMAN , CHICAGO , ILLINOIS

KIRKLAND AND ELLIS , CHICAGO , ILLINOIS

HOPKINS AND SUTTER , CHICAGO , ILLINOIS

RUDNIC AND WOLFE , CHICAGO , ILLINOIS

**WHEREFORE** , PLAINTIFF REQUESTS THAT THE COURT APPOINT COUNSEL TO REPRESENT HIM IN THE ABOVE CAUSE BASED ON THE ISSUES STATED ABOVE.

RESPECTFULLY SUBMITTED

_William Dukes_
PLAINTIFF

WILLIAM DUKES #2005-0022546
P.O. BOX 089002
CHICAGO , ILLINOIS
                60608

I , WILLIAM DUKES , UNDER PENALTY OF PERJURY , DO SWEAR AND AFFIRM THAT ALL ASSERTIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

01 APRIL 2008
( DATED )

_William Dukes_
( SIGNATURE )