UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 8 2008
May 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM DUKES,
            PLAINTIFF               ]
                                    ]   MOTION TO AMEND ORIGINAL COMPLAINT
V.                                  ]
                                    ]   CASE NO: 08 C 2163
THOMAS DART, ETC, et.al.            ]   JUDGE COAR
            DEFENDANTS              ]   MAGISTRATE JUDGE MASON

   NOW COMES PLAINTIFF, WILLIAM DUKES, TO MOTION THIS COURT TO ALLOW HIM TO AMEND HIS ORIGINAL COMPLAINT BY:

   1. DELETING THE DEFENDANT LISTED AS JANE DOE DENTAL ASSISTANT AND INSERTING IN LIEU OF MS. SHEILA LANGWORTHY, DENTAL ASSISTANT;
   2. DELETING THE DEFENDANTS SERGEANT CALVIN, AND OFFICER LEIGH; AND
   3. DELETING ISSUE NUMBER 5 UNDER THE ROMAN NUMERAL IV. STATEMANT OF CLAIM;

   IN SUPPORT OF THIS MOTION PLAINTIFF STATES THAT HE HAS JUST BECAME AWARE OF THE CORRECT NAME OF THE JANE DOE DENTAL ASSISTANT LISTED IN HIS ORIGINAL COMPLAINT AND THE PLAINTIFF HAS ALSO JUST BECOME AWARE THAT HE CANNOT ASSERT UNRELATED CLAIMS IN THE SAME COMPLAINT. PLAINTIFF WILL ASSERT HIS CLAIM AGAINST DEFENDANTS CALVIN AND LEIGH AT A LATER DATE.

_4-30-08_
DATE

_William Dukes_
WILLIAM DUKES  #2005-0022546
P.O. BOX 089002
CHICAGO, ILLINOIS  60608