United States District Court
Northern District Of Illinois
Eastern Division

William Dukes
 Plaintiff
VS.
① Director Cermak Health Services;
② Mr. Anthony (Tony) Maverick;
③ Mr. Melvin Junkins, CMT Supervisor;
④ John/Jane Doe Cermak Pharmacy Staff/Pharmacists
⑤ Mr. Lacey, CMT - Jail's Div 9;
⑥ Mr. Patton, CMT - Jail's Div 9;
⑦ Ms. Brittman, CMT - Jail's Div 9;
 Defendants

FILED
JUL 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion For Extention Of Time For Filing

Case No: 08-C-2163

Judge David Coar

Now Comes Plaintiff William Dukes, In The Above Entitled Cause And Begs This Honorable Court Grant An Extension Of Time For The Filing Of Plaintiff's Second Amended §1983 Complaint. In Support Plaintiff States:

① Plaintiff Has Attempted To Mail His Complaint To The Court On Three Separate Occassions;
  ① June 18, 2008 - As 1 Package
  ② June 23, 2008 - As 3 Packages
  ③ July 01, 2008 - As 6 Packages

② On Two (2) Occassions, Despite Sufficient Postage, Plaintiff's Mail Containing Said Complaint Was Returned To Him Due To Weight Restrictions When Using "Regular Stamps";

③ Plaintiff Was Unaware Of These Restrictions On Weight When Using "Regular Stamps" And There Is No Posted Alternative At The Cook County Department Of Corrections (Jail) For Sending Out Mail Weighing

- 1 of 2 -

More than 13 ounces;

(4) Plaintiff has remailed his complaint (original and nine service copies, 10 total) in six (6) packages. Said packages were all placed into the jail's mail system for out-going U.S. mail at the same time as this motion - 01 July 2008;

(5) All of said six (6) packages contain separate certificates of service numbered 1 of 6 thru 6 of 6;

Wherefore; the above stated reasons plaintiff begs this honorable court grant him the additional time needed for the filing of his second amended §1983 complaint beyond the 27 June 2008, deadline previously set by this honorable court.

01 July 2008
DATED

Respectfully submitted

William Dukes
WILLIAM DUKES

AFFIDAVIT

I swear the above to be true and correct, under penalty of perjury, to the best of my knowledge and belief.

01 July 2008
DATED

William Dukes
SIGNED

2 OF 2

## CERTIFICATE OF SERVICE

I WILLIAM DUKES, SWEAR AND AFFIRM, UNDER PENALTY OF PERJURY, THAT ON THIS 1ST DAY OF JULY 2008, I MAILED (THREE COPIES OF) THE ENCLOSED "MOTION FOR EXTENTION OF TIME FOR FILING" TO:

PRISONER CORRESPONDENCE OFFICE OF
THE CLERK OF THE U.S. DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS / EASTERN DIV-

219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

BY PLACING SAME IN THE RECEPTICLE FOR OUT GOING U.S. MAIL AT THE COOK COUNTY JAIL, WITH SUFFICIENT POSTAGE.

01 JULY 2008
DATED

William Dukes
SIGNED