ORIGINAL

RECEIVED

JUL  7 2008 *aew*
JUL 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WILLIAM  DUKES #2005-0022546

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

                    vs.                          Case No: __08 - C - 2163__
* JOHN/JANE DOE DIRECTOR OF            (To  be  supplied  by  the  Clerk of this Court)
   CERMAK HEALTH SERVICES (CHS)

* MR. ANTHONY (TONY) MAVERICK          . JUDGE DAVID H. COAR
   CHS ADMINISTATOR
* ~~JOHN/JANE DOE~~ *MELVIN JUNKINS*      MAGISTRATE JUDGE MASON
   SUPERVISOR OF CERTIFIED MEDICAL
   TECHNICIANS(CMT's)/PARAMEDICS OF CHS
* MR. PATTON
   CMT/PARAMEDIC FOR CHS(JAIL'Z DIVISION 9)
* JOHN/JANE DOES  ~~1 THRU 5~~ *CERMAK PHARMACY STAFF/PHARMACISTS*
   ~~THE PHARMACY FOR CMT'S(JAIL'Z DIVISION)~~
* * MR. LACEY -CMT/PARAMEDIC (JAIL'S DIVISION 9)
(Enter above the full name of ALL
defendants in this action. Do not    * MS. BRITTMAN  CMT/PARAMEDIC (JAIL'S DIV 9)
use "et al.")
              INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES,

CHECK ONE ONLY:              **AMENDED COMPLAINT**

___XXX___    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
             **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
             **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name:  **WILLIAM  DUKES**

    B.    List all aliases:  **N//A**

    C.    Prisoner identification number:  **# 2005 - 0022546**

    D.    Place of present confinement:  **COOK COUNTY DEPARTMENT OF CORRECTIONS**

    E.    Address:  **P.O. BOX 089002 CHICAGO , ILLINOIS  60608**

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant:  **JOHN JANE DOE**

        Title:  **DIRECTOR OF CERMAK HEALTH SERVICES**
        Place of Employment:  **CERMAK HEALTH SERVICES 2800 C. CALIFORNIA AV. / CHICAGO,ILLINOIS/60608**

    B.    Defendant:  **MR. ANTHONY MAVERICK**

        Title:  **ADMINISTRATOR , CERMAK HEALTH SERVICES**
        Place of Employment:  **CERMAK HEALTH SERVICES 2800 S. CALIFORNIA AV./ CHICAGO,ILLINOIS/ 60608**

    C.    Defendant:  ~~JOHN/JANE DOE~~ *MELVIN JUNKINS*

        Title:  **SUPERVISOR OF CERTIFIED MEDICAL TECHNICIANS/PARAMEDICS SUPERVISOR OFOR CERMAK HEALTH SERVICES**
        Place of Employment:  **CERMAK HEALTH SERVICES 2800 S. CALIFORNIA AV./CHICAGO,ILLINOS/ 60608**

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**II.** **DEFENDANT(S)** CONTINUED :

D. DEFENDANT: MR. PATTON

    TITLE: CERTIFIED MEDICAL TECHNICIAN/PARAMEDIC
                           CERMAK HEALTH SERVICES
    PLACE OF EMPLOYMENT: 2800 S. CALIFORNIA AV./CHICAGO,ILLINOIS/60608

E. DEFENDANT: JOHN/JANE DOES 600?

    TITLE: CERMAK PHARMACY STAFF/PHARMACISTS
       ~~CERTIFIED MEDICAL TECHNICIAN/PARAMEDIC~~
                           CERMAK HEALTH SERVICES
    PLACE OF EMPLOYMENT: 2800 S. CALIFORNIA AV./CHICAGO,ILLINOIS/60608

F. DEFENDANT: ~~JOHN/JANE DOE #8~~ MR. LACEY

    TITLE: CERTIFIED MEDICAL TECHNICIAN/PARAMEDIC (Jail's Div 9)
                           CERMAK HEALTH SERVICES
    PLACE OF EMPLOYMENT: 2800 S. CALIFORNIA AV./CHICAGO,ILLINOIS/60608

G. DEFENDANT: ~~JOHN/JANE DOE #8~~ MS. BRITTMAN

    TITLE: CERTIFIED MEDICAL TECHNICIAN/PARAMEDIC (Jail's Division 9)
                           CERMAK HEALTH SERVICES
    PLACE OF EMPLOYMENT: 2800 S. CALIFORNIA AV./CHICAGO,ILLINOIS/60608

**III.**   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number:   WILLIAM DUKES V. JESSE WHITE

B.   Approximate date of filing lawsuit:   SPRING 2002

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases:   
      WILLIAM DUKES

D.   List all defendants:   JESSE WHITE , THE ILLINOIS SECRETARY OF STATE

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county):   MONTGOMERY COUNTY , ILLINOIS

F.   Name of judge to whom case was assigned:   ????

G.   Basic claim made:   MANDAMUS, THE SECRETARY OF STATE'S OFFICE   
      WAS MAINTAINING INACCURRATE RECORDS OF CONVICTION PERTAINING   
      TO THIS PLAINTIFF.

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?):   CASE WAS ORIGINALLY DISMISSED AND I APPEALED.   
      ON APPEAL THE CASE WAS DISMISSED FOR MOOTNESS AS THE DEFENDANT   
      HAS CORRECTED SAID INACCURRATE RECORDS THAT WAS THE BASIS OF   
      THE MANDAMUS COMPLAINT.

I.   Approximate date of disposition:   SUMMER/FALL 2003

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

4

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

THAT ALL OF THE NAMED/IDENTIFIED DEFENDANTS , WHILE ACTING UNDER COLOR OF STATE

STATE LAW , WERE DELIBERATELY INDIFFERENT TO PLAINTIFF'S ESTABLISHED

CONSTITUTIONAL RIGHT TO RECEIVE ADEQUATE MEDICAL ATTENTION FOR SERIOUS

MEDICAL NEEDS.

DEFENDANTS:JONH/JANE DOE DIRECTOR OF CERMAK HEALTH SERVICES , MR. ANTHONY

(TONY) MAVERICK , AND ~~JOHN/JANE DOE~~ MELVIN JENKINS SUPERVISOR OF CERTIFIED MEDICAL

TECHNICIANS/PARAMEDICS FOR CERMAK HEALTH SERVICES (CHS) IN THEIR INDIVIDUAL

AND OFFICIAL CAPPACITIES, ACTED WITH A DELIBERATE DISREGARD FOR THE PLAINTIFF'S

ESTABLISHED CONSTITUTIONAL RIGHT TO RECEIVE ADEQUATE MEDICAL ATTENTION

FOR SERIOUS MEDICAL NEEDS , WHEN THEY FAILED TO ACT WHEN THEY WERE

MADE PERSONALLY AWARE THAT THEIR SUBORDINATES WERE FAILING TO PROVIDE

THE PLAINTIFF WITH MEDICATIONS PRESCRIBED TO HIM BY A MEDICAL DOCTOR.

THESE DEFENDANTS WERE MADE PERSONALLY AWARE OF PLAINTIFFS BEING DENIED

HIS PRESCRIBED MEDICATIONS THROUGH PLAINTIFF'S REPEATED UTILIZATION

OF THE COOK COUNTY DEPARTMENT OF CORRECTIONS' DETAINEE GRIEVANCE PROCEDURES,

NUMEROUS "JAIL MAIL" WRITTEN REQUEST SLIPS, AND LETTERS SENT THROUGH

THE UNITED STATES POSTAL SERVICE. THESE DEFENDANT'S FAILURE TO ADDRESS

THESE ISSUES WITH THEIR SUBORDINATES CONSTITUTED THEIR CONSENT TO SAID

SUBORDINATES REPEATED FAILURES TO FOLLOW PROPER PROCEDURES IN ENSURING

5

PRE-TRIAL DETAINEES IN THEIR CARE RECEIVE THEIR MEDICALLY PRESCRIBED

MEDICATIONS AS PRESCRIBED.

DEFENDANTS: MR. PATTON CERTIFIED MEDICAL TECHNICIAN/PARAMEDIC

M S. BRITTMAN CMT/PARAMEDIC

AND                                        ) OF THE JAIL'S

AND                                   MR. LACEY CMT/PARAMEDIC

DIVISION 9 WITH A DELIBERATE DISREGARD FOR THE PLAINTIFF'S ESTABLISHED

CONSTITUTIONAL RIGHT TO RECEIVE ADEQUATE MEDICAL ATTENTION FOR

A SERIOUS MEDICAL NEEDS, FAILED TO PROVIDE PLAINTIFF WITH MEDICATIONS

PRESCRIBED TO HIM BY A MEDICAL DOCTOR ON A TIMELY BASIS , IF AT ALL , SO THAT

SO THAT PLAINTIFF COULD FOLLOW MEDICALLY ORDERED COURSES OF TREATMENT

WHEN THEY BECAME PERSONALLY AWARE OF PLAINTIFFS NEED FOR PRESCRIBED MEDICATIONS

MEDICATIONS THROUGH VARIOUS PRESCRIPTION FORMS FILED WITH THEIR

DEPARTMENT , MULTIPLE VERBAL AND WRITTEN REQUESTS MADE TO THEM BY YHE

PLAINTIFF, AND BY NUMEROUS DETAINEE GRIEVANCES FILED BY THE PLAINTIFF,

* AS A RESULT OF ALL OF THE NAMED/IDENTIFIED DEFENDANTS REFUSAL

TO ENSURE PLAINTIFF RECEIVED PRESCRIBED MEDICATIONS THE PLAINTIFF

HAS BEEN TO AND IS STILL ,  BEING FORCED TO SUFFER UNNECESSARY AS THIS

IS AN ON-GOING PROBLEM. THIS MEDICATION DENIAL HAS , AND IS , POSING

AN UNNECESSARY AND UNREASONABLE RISK OF HARM TO PLAINTIFF'S CURRENT

AND FUTURE HEALTH. AS A RESULT OF THE DESCRIBED MEDICATION DENIAL

PLAINTIFF HAS , IS , AND WILL SUFFERS UNNECESSARY PAIN; EROSION OF

THE LINING OF HIS ESOPHOGUS AS A RESULT OF A LACK OF OR INTERMITTENT

SUPPLY OF HIS ACID-REFLUX MEDICATION; HEMERROIDAL ENLARGEMENT AS

A RESULT OF A LACK OF OR INTERMITTENT SUPPLY OF HIS FIBER MEDICATION

*6*

(WHICH IS LIKELY TO REQUIRE FUTURE SURGICAL REMOVAL OF SAID HEMEROIDS;

SLEEP APNEA (PERIODIC CESSATION OF BREATHING DURING SLEEP) DUE TO

LACK OF OR INTERMITTENT SUPPLY OF HIS NASAL DECONGESTANT/ALLERGY

MEDICATION - SLEEP APNEA BEING A LEADING CAUSE OF HEART DISEASE; AND

ELEVATED CHLORESTEROL LEVELS DUE TO LACK OF OR INTERMITTENT SUPPLY

OF HIS CHLORESTEROL LOWERING MEDICATION - HIGH CHLORESTEROL BEING

A LEADING CAUSE OF HEART DISEASE; PLAINTIFF ALSO SUFFERS FROM SEVERE

SINUS HEADACHES AS A RESULT OF THE ABOVE DESCRIBED DENIAL OF NASAL

DECONGESTANT/ALLERGY MEDICATION..

     (PLEASE FIND ATTACHED TO THIS COMPLAINT COPIES OF SOME OF THE

VARIOUS LETTERS , GRIEVANCES , REQUEST SLIPS, DESCRIBED HEREIN THAT

THE PLAINTIFF HAS SUBMITTED OVER THE LAST THREE (3) YEARS OF HIS CUSTODY

AS A PRE_TRIAL DETAINEE AT THE COOK COUNTY DEPARTMENT OF CORRECTIONS.)

DEFENDANTS: JOHN/JANE DOES CERMAK PHARMACY STAFF/ PHARMACISTS, WERE DELIBERATELY INDIFFERENT TO THE PLAINTIFF'S SERIOUS MEDICAL NEEDS, WHEN THEY INTENTIONALLY FAILED/REFUSED TO DISPENSE PRESCRIBED MEDICATIONS TO THE PLAINTIFF, ON MULTIPLE OCCASIONS, AS MEDICALLY ORDERED AND AS A RESULT OF THESE ACTIONS/INACTIONS THE PLAINTIFF SUFFERED THE ABOVE STATED INJURIES.

7

V.    RELIEF SOUGHT:

1. A DECLARATION THAT THE ACTS AND OMMISSIONS DESCRIBED HEREIN

VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION OF THE UNITED

STATES ;

2. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS:

    A. JOHN/JANE DOE DIRECTOR OF CERMAK HEALTH SERVECES

    B. MR. ANTHONY(TONY) MAVERICK

       *MELVIN JENKINS*
    C. ~~JOHN/JANE DOE~~ SUPERVISOR OF CMT's/PARAMEDICS

    D. MR. PATTON CMT/PARAMEDIC

       *CERMAK PHARMACY STAFF/PHARMACISTS*
    E-~~F.~~ JOHN/JANE DOES ~~████████████████~~

    F: MR LACEY CMT/PARAMEDIC

    ~~F:~~ G. MS. BRITTMAN CMT/PARAMEDIC

*TO :*    A. PROVIDE THE PLAINTIFF WITH ALL MEDICATIONS THAT ARE PRESCRIBED

    FOR HIM AS MEDICALLY ORDERED COURSES OF TREATMENT;

    B. PROVIDE PLAINTIFF HIS PRESCRIBED MEDICATIONS ON TIME ,

    ON A CONTINUOUS BASIS, SO THAT HE CAN TAKE/USE SAID MEDICATIONS

    AS DIRECTED BY THE PRESCRIBING DOCTOR

    C. REFRAIN FROM ANY TYPE OF RETALLIATION AGAINST ?? OR

    PUNISHING PLAINTIFF FOR HIS FILING OF THIS SUIT;

3. COMPENSETORY DAMAGES IN THE AMOUNT TO BE DETERMINED BY A JURY

AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY;

4. PUNATIVE DAMAGES IN THE AMOUNT TO BE DETERMINED BY A JURY

AGAINST EACH DEFENDANT , JOINTLY AND SEVERALLY;

5. PLAINTIFF'S COSTS IN FILING THIS SUIT;

6. PLAINTIFF'S ATTORNEY FEES IN THIS SUIT;

7. ANY ADDITIONAL RELIEF THAT THIS COURT DEEMS JUST, PROPER,

AND EQUITABLE.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief. I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this __18__ day of __JUNE__, 20 __08__

_William Dukes_
_____

(Signature of plaintiff or plaintiffs)

_WILLIAM DUKES_
_____

(Print name)

_2005-0022546_
_____

(I.D. Number)

_P.O. Box 089002_
_____

_CHICAGO, ILLINOIS 60608_
_____

(Address)

9

Revised 9/2007

*EXHIBIT 1*

Part – B / Control #: _2005_ X1120_

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Dukes          **First Name:** William          **ID#:** 2005 - 0023546

**Is This Grievance An Emergency?**     YES ☐          NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges he has not received practical instruction and that he is not allowed to delegate in sick call without sharing Personal information.

**C.R.W. Referred Griev. To:** Cermak                **Date Referred:** 12 / 21 / 05

**Response Statement:**

_____

_____

_____

_____

_____          **Date:** 12/23/05  **Div./Dept.** 0 /
(print - name of individual responding to this griev.)   (signature of individual responding to this griev.)

Tom Snooks                                **Date:** 12/27/05  **Div./Dept.** 5
(print - name of Supt./ Designee / Dept. Admin.)         (signature of Supt./ Designee / Dept. Admin.)

_____          **Date:** 12/23/05
(print - name of Prog. Serv. Admin./ Asst. Admin.)       (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 12 / 27 / 05   **Detainee Signature:** William Dukes

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** ____ / ____ / ____

**Detainee's Basis For An Appeal:** _____

_____

_____

**Appeal Board's Acceptance Of Detainee's Request:**     YES ☐          NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**

_____

_____

**Appeal Board's Signatures / Dates:**

_____     _____     _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ____ / ____ / ____  **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT 2

Part-A / Control #: __X Request__

Referred To: _Crw Hollins_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: __Dukes__    First Name: __William__

ID #: __2005 - 0022546__ Div.: __9__ Living Unit: __2-C__ Date: __02/22/06__

BRIEF SUMMARY OF THE COMPLAINT: _Starting Approximately 2 weeks_
_Ago I Begin Remind the Medical Staff I was Running Out Of_
_My Medication (Nasal Spray). This Began About One Week_
_Before I ran Out. I have Now Been Out For A Week And_
_The Only Answer I Get From The Medical Staff Is "We'll_
_Check On It." And Then I hear Nothing Else._
_I Do Not Understand What Is So Difficult About_
_My Getting My Medication As Prescribed. Other_
_Inmates On Tier 2-C Have Gotten The Exact Same Medication_
_Within The Past Week So The Pharmacy Is Not Out Of It._
_At My Prescribed Dosage And With Each Bottle_
_Containing 200 metered Sprays, It Is Very Easy To_
_Calculate That Each Bottle Will Only Last 25 Days._

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_Cermak Health Services Medical Staff._

ACTION THAT YOU ARE REQUESTING: _without having to start and stop_
_I want my medication As prescribed. Treatment Because Someone Can't Count_

## DETAINEE SIGNATURE: _William Dukes_

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: _2/27/06_

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT 3

PART - C

## C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST

*Please note: When processed as a request, PART – B is not applicable.*

Detainee's Last Name: _Dukes_          First Name: _William_

ID#: _2005-0025_   Div: _9_   Tier/LivingUnit: _2C_

Date of Request: _2/23/06_     Date C.R.W. Received Request: _2/27/06_

This Request has been processed by: _____ C.R.W.

**Summary of Request:**

_____

_____

_____

**Response and/or Action Taken:**

_____

_____

_____

_____

_____

_____

_C. Williams_ — _____ Date: _2/27/06_ Div./Dept. _9_

(Print- name of individual responding)   (Signature of individual responding)

EXHIBIT 4

Part-A / Control #: _____ X

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **DUKES**        First Name: **William**

ID #: **2005-0022596**  Div.: **9**  Living Unit: **2-C**  Date: **04/27/06**

BRIEF SUMMARY OF THE COMPLAINT: THIS IS MY 3RD OR 4TH GRIEVANCE ON THE SAME
ISSUE OF MY NOT BEING GIVEN THE MEDICATION PRESCRIBED TO ME. TODAY
I AGAIN ASKED THE PARAMEDIC FOR A REFILL OF MY NASAL SPRAY BUT I WAS
TOLD SHE COULD DO NOTHING BECAUSE IT ISN'T NOTED IN HER MEDICATIONS
LOG. I CAN NOT SHOW HER A YELLOW PRESCRIPTION COPY BUT THE DECK
PARAMEDIC WAS GIVEN THE GREEN PRESCRIPTION COPY AND THERE IS AN
ORIGINAL COPY IN MY MEDICAL FILE. I'VE BEEN DIRECTED TO USE THE
NASAL SPRAY ON A CONTINUOUS DAILY BASIS BY THE DOCTOR BUT THE PARAMEDICS
HAVE CHANGED THE DIRECTIONS TO WHENEVER WE FEEL LIKE GIVING YOU
YOUR MEDICATIONS. I DO NOT SEE WHAT IS SO DIFFICULT ABOUT THEIR
PULLING MY MEDICAL FILE, VERIFYING THE PRESCRIPTION, AND THEN CALLING
THE PHARMACY FOR A REFILL. THIS IS A REPEATED ISSUE

**\* THIS IS A GRIEVANCE — NOT A REQUEST**

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

DOCTOR LOTT    DOCTOR SANCHEZ

ACTION THAT YOU ARE REQUESTING:

I WANT MY MEDICATIONS SO THAT I CAN USE THEM AS PRESCRIBED

## DETAINEE SIGNATURE: _William Dukes_

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 4/28/06

Please note; Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT-5

Part – B / Control #: _____X_____

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

etainee's Last Name: _Dukes_    First Name: _William_    ID#: _200-_____

Is This Grievance An **Emergency**?    YES ☐    NO ☑

C.R.W.'S Summary Of The Complaint: _____

_____

_____

C.R.W. Referred Griev. To: _____    Date Referred: _5_/_1_/_06_

Response Statement: _____

_____

_____

_____

_____

Date: _1_/_4_/_06_  Div./Dept. _0 141_
(print - name of individual responding to this griev.)    (signature of individual responding to this griev.)

_CMO Bramlion_ - _____  Date: _5_/_4_/06  Div./Dept. _1 V_
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

- _____  Date: __/_4_/_06_
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _5_/_8_/_05_ Detainee Signature: _William Dukes_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _5_/_8_/05

Detainee's Basis For An Appeal: _I STILL HAVE NOT RECEIVED_
_MY MEDICATION (NASAL SPRAY) DESPITE MY_
_ASKING FOR IT. ALL I GET IS DIFFERENT EXUSES FROM_

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☑ _THE DIFFERENT_
_PARAMEDICS_

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

_____

Appeal Board's Signatures / Dates:

_____

Date Detainee Rec.'d the Appl. Bd.'s Response: _4_/_5_/_06_ Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)



EXHIBIT 06

Part-A / Control #: _____ X _____

Referred To: _____

S. 416

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Dukes**   First Name: **Will**

ID #: **2005 - 00_575**  Div.: **9**  Living Unit: **3-D**  Date: **12-416-1022**

BRIEF SUMMARY OF THE COMPLAINT: For The L - 3 Weeks I've Been Requesting

My Trazodone Refill Of Mayer Freely Ndocument I've Been Vocalin Has

Written. I've Sent Through My Requests Through The Institutional Mail Also

Placed My Requests Directly In The Mailing Staffs Hands In The

Presence Of The Tier CRW Ms. Richardson. I Get Different Excuses

Even From The Shift Paramedic. The Pharmacy Isn't Out Of The

Medication Because Others Are Getting The Same Medication And

This Was Also Pointed Out To Ms Richardson When She Was On

The Tier Simultaneously With A Paramedic Who Was Dispensing

Medications. All It Takes Is A Simple Phone Call To The

Pharmacy To Ask Them To Dispense The Prescribed Refill

This Is An Ongoing Problem Please Process As A Grievance

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

CRW   Ms. Richardson

ACTION THAT YOU ARE REQUESTING:

To Be Given My Medications So That I Can Take Them When As Prescribed

**DETAINEE SIGNATURE:** *William Dukes*

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: **12-1__-12**

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT #07 Part - B / Control #: _____

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _____ First Name: _____ ID#: _____

Is This Grievance An Emergency? YES ☐ NO ☐

C.R.W.'S Summary Of The Complaint: _____

C.R.W. Referred Griev. To: _____ Date Referred: _____

Response Statement: _____ Referred to Patient Care Services

C. Smith - C. Smith Date: 12 / 20 / 07 Div./Dept. CHS
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

J.B. Salazar - _____ Date: 12 / 20 / 07 Div./Dept. 9
(print - name of Supt./ Designee / Dept. Admin.) (signature of Supt./ Designee / Dept. Admin.)

_____ - _____ Date: 12 / 21 / 07
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 12 / 26 / 07 Detainee Signature: William Dukes

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 12 / 26 / 07

Detainee's Basis For An Appeal: Grievance Was About Failure To Dispense Medication As Prescribed. Why Was A Prescribed Medication Dispensed By The Pharmacy On 12-4-07 Not Given To Me Until 12:18:07 Despite Numerous Requests.

Appeal Board's Acceptance Of Detainee's Request: YES ☐ NO ☑

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
Per CHS Administration med was written on 12/4/07 & dispensed from pharmacy on 12/15-12/16. Nursing investigation reveals that detainee was not during med pass until 12/18/07.

Appeal Board's Signatures / Dates:
_____ 1/8/08 _____ 1-8-8

Date Detainee Rec'd the Appl. Bd.'s Response: _____ Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT 008     PART A / CONTROL #: 08 X 0534

Cermak

PINK COPY

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

DETAINEE LAST NAME: __Dukes__     FIRST NAME: __William__

I D #: __2005-0022546__  DIV: __9__ TIER: __3 D__   DATE: __3-13-08__

BRIEF SUMMARY OF COMPLAINT: __I HAVE BEEN OUT OF MY PRESCRIBED MEDICATIONS__
__10% UREA CREAM FOR OVER TWO (2) WEEKS; GENIFIBER FOR 3 DAYS. I__
__BEGAN SUBMITING VERBAL REQUESTS TO PARAMEDIC PATTON A WEEK BEFORE I__
__RAN OUT OF EACH MED AND I SUBMITTED NUMEROUS WRITTEN REQUESTS__
CREAM = 2 REMAINING, → PRESCRIBED
__BEGINNING AT THE SAME TIME - ALL TO NO AVAIL.__ GENIFIBER = 1 REMAINING, REFILL

__ALL I ASK IS FOR THE PARAMEDIC ASSIGNED TO PASS OUT__
__MEDICATIONS ON TIER 3-D MAKE A SIMPLE PHONE CALL TO__
__ASK THE PHARMACY TO DISPENSE MEDICATIONS I AM TO__
__RECEIVE ON A MONTHLY BASIS WHEN HE~~ BECOMES~~ IS INFORMED__
__THAT I AM RUNNING OUT OF A PARTICULAR MEDICATION.__

   * __THE PHARMACY IS NOT OUT OF THESE MEDICATIONS__
      __BECAUSE OTHERS HAVE BEEN RECEIVING THE SAME MEDS.__

   * THIS IS ~~TWO~~ ABOUT MY SIXTH (6TH) GRIEVANCE ON THE
      PARAMEDICS FAILURE TO PROVIDE ME WITH PRESCRIBED
      MEDICATIONS

ACTION REQUESTED: __SEE ABOVE__

WITNESSES W/INFORMATION: __TONY MAVELICK, CERMAK / CRW HAMPTON__

DETAINEE SIGNATURE: __William Dukes__

CRW SIGNATURE: _____     DATE CRW RECEIVED __03/25/08__

EXHIBIT **09**

Part – B / Control #: _25 X 0139_

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Dykes_    First Name: _William_    ID#: _2008-0022446_

Is This Grievance An Emergency?    YES ☐    NO ☑

C.R.W.'S Summary Of The Complaint: _Detainee states that he has been without_
_his prescribed medication for about two weeks._

C.R.W. Referred Griev. To: _Cermak_    Date Referred: _03/26/08_

Response Statement: _Is referred to Medical Care Service_

_____

_____

_____ Smith _____ Date: _3/31/08_ Div./Dept. _CHS_
(print- name of individual responding to this griev.)    (signature of individual responding to this griev.)

_J.S Scarpe_ - _Scott Hoff_ Date: _4/1/8_ Div./Dept. _9_
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

_J. Muller_ - _J. Muller_ Date: _4/1/08_
(print- name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _4/3/08_ Detainee Signature: _William Dykes_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** ____/____/____

**Detainee's Basis For An Appeal:** _____

_____

_____

**Appeal Board's Acceptance Of Detainee's Request:**    YES ☐    NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**

_____

_____

**Appeal Board's Signatures / Dates:**

_____    _____    _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ____/____/____ **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT **10A**

Part A/Control #: _200? X # 35_
Referred To: _Cotovik_

PAGE | GROUP
1 OF 2 | GRIEVANCE

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: _SEE BELOW_    First Name: _____

ID #: ____-_____   Div.: _9_   Living Unit: _3-D_   Date: _3/18/08_

BRIEF SUMMARY OF THE COMPLAINT: _THE FOLLOWING DETAINEES:_

_2-08-2090667_                                    _2007009237_

1. _____    8. _____
2. _____    9. _ GARD NASH 200800005702_
3. _____   10. _____
4. _____ K _____
5. _DUKES # 2002546 _____   11. _____ # 2006-0003131_
6. _SANDER: 2007-0846480_
7. _HOLMES, A 02-0101955_

_We Submit This Grievance Because Of Paramedic Patio's_
_Refusal To Provide Them With Their Prescribed Medica_
_and/or Refills On A Timely Basis Every Request For_
_Him To Check On A Missing Medication Is 1st Ignored By_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_____

ACTION THAT YOU ARE REQUESTING:

_____

**DETAINEE SIGNATURE:** _Group Grievance_

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: _03/25/10_

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT

Part-A / Control #: _____ X _____

Referred To: _____

EXHIBIT
20F 2 / GROUP
GRIEVANCE

10B
0000

---

## COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

---

Detainee Last Name: _See Page #1_     First Name: _____

ID #: _____     Div.: _____     Living Unit: 3·D     Date: 3/18/08

BRIEF SUMMARY OF THE COMPLAINT: _Paramedic Patton, Nurse Orr, and on numerous_
_prior occasions. The detainees filing this group grievance_
_have had their medication given to them by another_
_detainee. Because Paramedic Patton gives their meds_
_to a detainee to distribute for him._

CRW Hampton
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_We request the practice of allowing other detainees pass out medications_
ACTION THAT YOU ARE REQUESTING:
_Stop and that we be given our prescribed medications as prescribed_

## DETAINEE SIGNATURE: _See Page #1_

C.R.W.'S SIGNATURE: _____          DATE C.R.W. RECEIVED: 03/25/08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT 11

Part – B / Control #: 2008 X

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Grap Grievance  First Name: Grap Grievance  ID#: _____-_____

Is This Grievance An **Emergency**?   YES ☐   NO ☒

C.R.W.'S Summary Of The Complaint: Detainee state that paramedic period is refusing to fulfill their prescribed Medication.

C.R.W. Referred Griev. To: Cermak  Date Referred: 03 / 26 / 08

Response Statement:

Date: 3/31/08   Div./Dept. CMS

| | |
|---|---|
| (print- name of individual responding to this griev.) | (signature of individual responding to this griev.) |

J. Schwenn  _____  Date: 4/ 1 /08  Div./Dept. 9
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

J. Muelle.  Muelle  Date: 4/ 1 / 08
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 4 / 3 / 08  Detainee Signature: Lionel McK

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 4 / 3 / 08

Detainee's Basis For An Appeal: He still is not Helping DETAINEE...

Appeal Board's Acceptance Of Detainee's Request:   YES ☒   NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
Please be sure all medical staff follow proper period for dispensing medication to detainee—

Appeal Board's Signatures / Dates:
_____ 1/15/8   X _____ 5/15/08

Date Detainee Rec'd the Appl. Bd.'s Response: 5 / 20 / 08  Detainee Signature: Tim Adukus

PROBLEM STILL OCCURE WITH OTHER MATES. SINTT

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT./OFFICE)

EXHIBIT a (2)  MONDAY, MARCH 3, 2008

DIRECTOR C.Q.I. SERVICES
CERMAK HEALTH SERVICES

RE: DIVISION 9's PARAMEDIC PATTON'S
REFUSAL TO DISPENSE MEDICATION
AS PRESCRIBED/ LACK OF
MEDICAL ATTENTION.

DEAR DIRECTOR

MY NAME IS WILLIAM DUKES (#2005-0022546) AND I
AM HAVING REPEATED PROBLEMS WITH PARAMEDIC PATTON (DIVISION 9/
NORTH TOWER) DISPENSING MY PRESCRIBED MEDICATIONS TO ME. I USUALLY
GET THE WEEKLY REFILLS OF MY MEDICATIONS, I AM COMPLAINING
ABOUT THE MEDICATIONS THAT ARE DISPENSED BY THE PHARMACY ON
A MONTHLY BASIS (ie. GENIFIBER AND UREA CREAM). WHEN I AM
FINALLY GIVEN MY MONTHLY SUPPLY, I RECEIVE IT WEEKS AFTER IT
WAS DISPENSED BY THE PHARMACY. IN EXAMPLE, I RECEIVED MY
GENIFIBER REFILL ON 02-27-08 AND IT WAS DISPENSED BY
THE PHARMACY (ACCORDING TO LABLE) ON 02-12-08 - TWO WEEKS
EARLIER. STARTING A WEEK BEFORE I RAN OUT OF THE
GENIFIBER I ~~XXXXXXX~~ BEGAN SUBMITTING REQUEST SLIPS
(WHITE ONES) ASKING FOR ONE OF MY PRESCRIBED REFILLS
AND I CONTINUED SUBMITTING REQUESTS UNTIL I RECEIVED
THE GENIFIBER, AT MINIMUM, 15 REQUESTS WERE SUBMITTED
BY ME IN THIS THREE WEEK PERIOD.

-1-

EVERY TIME PARAMEDIC PATTON COMES TO TIER 3-D IN DIVISION 9, HE HAS NO PROBLEM GIVING OTHER INMATES MEDICATION PACKETS TO PASS OUT FOR HIM, IF YOU MAKE A SICK CALL REQUEST HE TELLS YOU TO SUBMITT A "YELLOW MEDICAL REQUEST" OF WHICH HE HAS NONE, YOU CAN'T EVEN GET A TYLENOL FROM THE MAN.

I'VE BEEN IN THE CONTINUOUS CUSTODY OF THE CCDOC (#04-0002975; #04-0101895; #05-0022516) FOR THE LAST FOUR YEARS — FROM OTHER PARAMEDICS I KNOW ALL IT TAKES IS A SIMPLE PHONE CALL (EXT 5623) TO THE PHARMACY TO REMIND THEM AND THEY WILL DISPENSE THE MEDICATION AND I WILL RECEIVE IT WITH IN TWO DAYS TIME OR LESS.

THE DOCTORS GIVE ME A YELLOW AND A GREEN COPY OF MY PRESCRIPTIONS WITH INSTRUCTIONS TO GIVE THE GREEN COPY TO THE TIER PARAMEDIC. PARAMEDIC PATTON WILL NOT TAKE THE GREEN COPY SAYING "I'VE GOT ENOUGH PAPERWORK TO DEAL WITH." I AM ENCLOSING THE GREEN PRESCRIPTION COPY OF MY "UREA CREAM" PRESCRIPTION AND ASK THAT YOU ASSIST ME IN GETTING A REFILL.

THE DRY & CRACKED SKIN IT WAS PRESCRIBED FOR WAS STARTING TO CLEAR UP, BUT IS NOW REVERTING BACK TO THE

WAY IT WAS.

Additionally, The Same Is True With The Genifiber. Regular Use Alleviates The Painfull Bloating, Flatulence, And Hemroidal Flairups But Almost Immediately Return When I Am Forced To Discontinue Use Due To What I Feel Is Paramedic Patton's Anger Over My Utilization Of The Grievance Procedures.

W.R. Dukes
Actual Letter
2 § + 2C
Was Mistake

Additionally, I Was Hit In The Nose On 01-23-08 And As A Result My Nose Was Broken. I Did Not Realize This Until The Next Day (1-24-08) When I Began Asking That I Be Seen By A Doctor And The Reason For Said Request Paramedic Patton, Did Nothing Except Tell Me To Submit A "Medical Request Slip". I Asked Him For One And Was Told He Did Not Have Any With Him (As Always).

It Wasn't Until 01-28-08, That I Was Finally Seen By A Doctor, I Told Him (Dr Khan) That It Felt Like The Cartilage Inside My Nose Had Shifted To One Side, Almost, If Not Entirely, Closing My Right Nostril. He Ordered X-Rays And Prescribed "Amoxicillin" And "Benydroll", He Never Looked In My Nostrils To See The Damage I Was

- 3 -

DESCRIBING. I WENT TO X-RAY ON 1-29-08, BUT I DID NOT SEE DR. KHAN AGAIN FOR TWO WEEKS. I AGAIN DESCRIBED MY PROBLEM WITH THE BLOCKED RIGHT NOSTRIL AND WITHOUT LOOKING, HE GAVE ME A FEW DAYS SUPPLY OF "TYLENOL" AND "SUDAFED".

IT HAS BEEN WELL OVER A MONTH SINCE I WAS HIT AND MY NOSE WAS BROKEN AND I STILL HAVE THE PROBLEM WITH THE BLOCKED RIGHT SIDE NASAL PASSAGE AS WELL AS RE-OCCURRING HEADACHES THAT I DID NOT HAVE BEFORE.

I ASK THAT YOU PLEASE DO SOMETHING TO ENSURE THAT I RECEIVE MY MEDICATIONS WHEN AND AS PRESCRIBED AND THAT I BE SCHEDULED TO SEE A DOCTOR WHO CAN SOLVE THE PROBLEM OF MY BLOCKED NASAL PASSAGE NOW THAT I HAVE MADE YOU PERSONALLY AWARE OF THE SITUATION. THANK YOU.

SINCERELY

William Dukes

William Dukes #2005-0022546

DIVISION 9

TIER 3-D

NEXT COURT DATES: 3-11-08 AND 5-5-08

P.S.
ALSO ENCLOSED, PLEASE FIND A COPY OF A LETTER SENT TO YOU AND SUPT. SALAZAR ON 02-04-08.

- 4 -

EXHIBIT 13

Sent 5-7-08

5/07/08

WILLIAM DUKES
RE: 2005-0022596, DIVISION 9

Mr. Maverick

In my letter to you dated 5-1-08, I said I would write you again if I did not receive my PRESCRIBED FLUNISOLIDE NASAL SPRAY refill. Well, I'm writing again.

This is has gotten to be a lot of B.S. Every month I have to go through the same thing. I begin requesting my prescription refills a full week before I run out of the medication but I don't receive the medications for weeks, a month, or more after they are due.

I was supposed to receive a nasal spray refill on 4-30-08 or 5-1-08 and I've submitted minimum of SEVEN (7) written requests for my refills by placing FIVE (5) of these written requests directly in the hands of Division 9's MEDICAL Staff.

This isn't my first time experiencing problems with getting my medications and the pharmacy isn't out because others are receiving the exact same medication. Can you please straighten out this issue. Thank You

Sincerely,

Tim Dukes

EXHIBIT A

Sent 5/1/08

MR. TONY MAVERICK
CERMAK HEALTH SERVICES
2800 S. CALIFORNIA AV.

CHICAGO, IL. 60608

MAY 01, 2008

RE: WILLIAM DUKES #2005-0022546
DIVISION 9   RECEIPT OF
PRESCRIBED MEDICATIONS.

MR. MAVERICK

THIS LETTER IS TO REQUEST THAT YOU CORRECT A PROBLEM, BEFORE IT OCCURS, THAT IS GOING TO PREVENT ME FROM RECEIVING MY PRESCRIBED MEDICATIONS ON TIME.

ON 04-01-08 DR. DEFUNIAK PRESCRIBED THREE (3) MEDICATIONS FOR ME TO RECEIVE FOR THE NEXT TWELVE (12) WEEKS. THESE MEDICATIONS ARE ①GENIFIBER, ②10% UREA CREAM, AND ③ FLUNISOLIDE NASAL SPRAY. I AM SUPPOSED TO RECEIVE EACH OF THESE MEDS. ON A ONCE MONTHLY BASIS.

I RECEIVED A ONE MONTH SUPPLY OF EACH MEDICATION ON 04-2-08 AND EACH LABLE ON THE MEDS DISPENSED ON 4-2-08 ALL SHOW THAT I HAVE TWO (2) REFILLS SHOWING ON EACH OF THESE THREE MEDICATIONS. HOWEVER, THE MEDICATIONS I RECEIVED TODAY 5/1/08 SHOW MISTAKENLY THAT I HAVE Ø REMAINING REFILLS ON EITHER MY GENIFIBER OR 10% UREA CREAM PRESCRIPTIONS (I HAVE NOT YET RECEIVED MY FLUNISOLIDE REFILL) THIS MISTAKE CONCERNING THE NUMBER OF

-1-

EXHIBIT 14B

REFILLS I HAVE REMAINING IS GOING TO CAUSE ME TO RUN OUT OF MY MEDICATIONS A FULL MONTH BEFORE DR. DEFUNIAK PRESCRIPTIONS FOR ME EXPIRES.

I CAUGHT THIS MISTAKE AS SOON AS THE PARAMEDIC (NOT MR. PATTON) HANDED ME MY GENIFIBER AND UREA CREAM REFILLS AND I BROUGHT IT TO HIS ATTENTION. I SHOWED HIM THE CONTAINERS FROM THE 4-2-08 MEDS THAT SHOWED 2 REMAINING REFILLS AND THE DATE THE PRESCRIPTION ENDS ON 06-24-08 ONLY TO BE TOLD THERE WAS NOTHING HE COULD DO AND I WOULD HAVE TO SEE THE DOCTOR AGAIN SO HE COULD RENEW THE PRESCRIPTION (THIS WONT HAPPEN UNTIL THE WEEK OF 6/24) WOULD YOU PLEASE TRY TO ENSURE THAT I RECEIVE MY FINAL REFILLS OF ① GENIFIBER, ② 10% UREA CREAM, AND ③ FLUNISOLIDE NASAL SPRAY ON TIME ON 06-01-08. IF I DO NOT RECEIVE MY FLUNISOLIDE SPRAY FOR THIS MONTH WITHIN THE NEXT DAY OR TWO I WILL WRITE TO YOU AGAIN.

I'M SORRY FOR BEING SUCH A PEST ~~XXXXXXXXX~~ ~~XXXXXXXXX~~ ~~XXXXXXXXX~~ AND I THANK YOU FOR YOUR TIME AND ASSISTANCE.

Sincerely

SENT 5/1/08

2800 S. CALIFORNIA

WORD FOR WORD.

MINUS ~~XXXXXXX~~ section

-2-

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE REQUEST FORM

### Please request only one(1) of the following service(s):

- ☐ Write out
- ☐ Superintendent
- ☐ Drug Unit Transfer
- ☐ Trust Fund Balance
- ☐ Board of Ed 17-21 yrs
- ☐ Ged - 21yrs. & over
- ☐ Other

- ☐ Parole Information
- ☐ Law Library
- ☐ Public Library
- ☐ Mail Information
- ☐ Commissary

- ☐ Chaplain
- ☐ Muslim Services
- ☐ Catholic Services
- ☐ Protestant Services
- ☐ Lutheran Services
- ☐ Baptist Services
- ☐ Jewish Services

| Detainee Name | Date Submitted |
|---|---|
| Detainee ID# | Court Date |
| Division | Living Unit |
| Detainee Signature | |

Sent 4-22-08 I have submitted over Over the past 2 to Di. 9 Beginning of my perscribed medication FURMISOLIDE (Nasal spray) of those perscribe N Used directly on the hands of the Div. 9 Medical

| | |
|---|---|
| Sent 5-8-08 | To Dr. Dr. Romero |
| | Ceenal Med. Dir. |
| 5-11-08 | Div. 9 Supt. Thomas |

| Staff Signature | Date Detainee Received | Response/Service |
|---|---|---|

REVISED 2/04

EXH 18/T 15

My perscription is good until 6-24-08 and there are two remaining refills on the perscription.

The doctor gave me this perscription because of my allergies. I am highly able to its clogged sinuses and I am also suffering some sinus headaches because of medical staff refuse to give me my medication as perscribed.

The pharmacy is not out of this medication because I am in the out of town medication and the perscription exhibit when they are on the out of this out cells and all its refills is simply a phone call to have the pharmacy dispense my perscribed refills on time.

Could you please ensure that I receive my perscribed medication on time too.

THANK YOU

I am not the only one here on Div. 9 experiencing the same problem with the medical staff distributing medication