08-C-2163

# CERTIFICATE OF SERVICE

**Important Customer Information**

We regret that your mail was not collected or is being returned to you due to heightened security requirements. All mail that bears postage stamps and weighs more than 13 ounces MUST be taken by the customer to a retail service associate at a Post Office.

United States Postal Service   JULY 2007 DECDD02

I, WILLIAM DUKES, DO HEREBY SWEAR AND AFFIRM, UNDER PENALTY OF PERJURY THAT I MAILED THE ORIGINAL AND NINE (9) COPIES, WITH SUFFICIENT POSTAGE, THE PLAINTIFF'S SECOND AMENDED COMPLAINT TO THE CLERK OF THE U.S. DISTRICT COURT/219 S. DEARBORN ST. ON THE 18TH DAY OF JUNE 2008 IN A SINGLE PACKAGE. THIS PACKAGE WAS RETURNED TO PLAINTIFF ON 23 JUNE 2008 WITH THE ABOVE STICKER ATTATCHED. PLAINTIFF THEN REMAILED THIS SINGLE PACKAGE AS THREE (3) SMALLER PACKAGES, WITH SUFFICIENT POSTAGE, TO THE CLERK STATED ABOVE ON 23 JUNE 2008. ON 01 JULY 2008, SAID THREE (3) SMALLER PACKAGES WERE ALSO RETURNED TO PLAINTIFF BEARING THE ABOVE STATED/ATTACHED STICKER AND PLAINTIFF AGAIN RE-MAILED THE THREE (3) PACKAGES AS SIX (6) SMALLER PACKAGES, WITH SUFFICIENT POSTAGE ON 01 JULY 2008 TO THE ABOVE STATED CLERK. I SWEAR THE ABOVE TO BE TRUE AND CORRECT...

01 JULY 2008
DATED

**FILED**
JUL 7 2008
JUL 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

William Dukes
William Dukes
08-C-2163

1 OF 6

Case 1:08-cv-02163   Document 13   Filed 07/07/2008   Page 2 of 2

18 JUNE 2008

CLERK OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS / EASTERN DIVISION
PRISONER CORRESPONDENCE OFFICE

                                    RE: 08 - C - 2163
                                        JUDGE DAVID .. COAR

DEAR CLERK,

   PLEASE FIND ENCLOSED THE FOLLOWING:

4 ~~5~~ COPIES OF THE PLAINTIFF'S AMENDED §1983 COMPLAINT AS INSTRUCTED BY THE ORDER ENTERED 27 MAY 2008.

   1 - ORIGINAL FOR THE JUDGE

   1 - COPY FOR THE COURT/CLERK

   1 - COPY TO BE MARKED "FILED" AND RETURNED TO PLAINTIFF

1 ~~2~~ - COPIES, ONE FOR EACH OF THE NAMED/IDENTIFIED DEFENDANTS.

PLEASE NOTE THAT EACH OF THE ABOVE HAVE ATTACHED PLAINTIFF'S EXHIBITS NUMBERS ONE THRU FIFTEEN (1 - ~~10~~ 15).

### CERTIFICATE OF SERVICE

I, WILLIAM DUKES, PLAINTIFF DO HEREBY SWEAR AND AFFIRM, UNDER PENALTY OF PERJURY, THAT ON THIS  18th  DAY OF JUNE 2008, I HAVE PLACED THE ABOVE DESCRIBED DOCUMENTS IN THE RECEPTICLE FOR OUT-GOING U.S. MAIL, WITH SUFFICIENT POSTAGE, (~~TWO~~ THREE PACKAGES) AT THE COOK COUNTY JAIL. SAID DOCUMENTS BEING ADDRESSED TO:

   PRISONER CORRESPONDENCE OFFICE
      CLERK OF THE U.S. DISTRICT COURT
      NORTHERN DISTRICT OF ILLINOIS / EASTERN DIVISION
      219 S. DEARBORN STREET
      CHICAGO, ILLINOIS  60604

_____6/18/2008_____              _____William Dukes_____
         DATED                              SIGNED

*Single Package Returned to me on 6-23-08 and Remailed on 6-23-08 as ~~Two~~ Packages*   William Dukes