ORIGINAL

RECEIVED

JUL 7 2008 *aew*
JUL 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WILLIAM  DUKES #2005-0022546

_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

GMR

**FILED**

**JULY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

vs.

* JOHN/JANE DOE DIRECTOR OF
    CERMAK HEALTH SERVICES (CHS)

* MR. ANTHONY (TONY) MAVERICK
    CHS ADMINISTATOR

* ~~JOHN/JANE DOE~~ *MELVIN JUNKINS*
    SUPERVISOR OF CERTIFIED MEDICAL
    TECHNICIANS (CMT's)/PARAMEDICS OF CHS

* MR. PATTON
    CMT/PARAMEDIC FOR CHS (JAIL'S DIVISION 9)

* JOHN/JANE DOES ~~1 THRU 5~~ CERMAK PHARMACY STAFF/PHARMACISTS
    ~~OF CHS IN CHARGE OF INMATE MEDICATION DISTRIBUTION~~

* * MR. LACEY - CMT/PARAMEDIC (JAIL'S DIVISION 9)
(Enter above the full name of ALL
defendants in this action. *Do not* * MS. BRITTMAN  CMT/PARAMEDIC (JAIL'S DIV 9)
use "et al.")       *INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES,*

Case No: 08 - C - 2163
(To be supplied by the Clerk of this Court)

JUDGE DAVID H. COAR

MAGISTRATE JUDGE MASON

CHECK ONE ONLY:       **AMENDED COMPLAINT**

  XXX          **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
              **U.S. Code** (state, county, or municipal defendants)

  _____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
              **28 SECTION 1331 U.S. Code** (federal defendants)

  _____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: **WILLIAM DUKES**

    B.    List all aliases: **N//A**

    C.    Prisoner identification number: **# 2005 - 0022546**

    D.    Place of present confinement: **COOK COUNTY DEPARTMENT OF CORRECTIONS**

    E.    Address: **P.O. BOX 089002 CHICAGO , ILLINOIS  60608**

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: **JOHN JANE DOE**

        Title: **DIRECTOR OF CERMAK HEALTH SERVICES**

        Place of Employment: **CERMAK HEALTH SERVICES 2800 C. CALIFORNIA AV. / CHICAGO,ILLINOIS/60608**

    B.    Defendant: **MR. ANTHONY MAVERICK**

        Title: **ADMINISTRATOR , CERMAK HEALTH SERVICES**

        Place of Employment: **CERMAK HEALTH SERVICES 2800 S. CALIFORNIA AV./ CHICAGO,ILLINOIS/ 60608**

    C.    Defendant: ~~JOHN/JANE DOE~~ *MELVIN JUNKINS*

        Title: **SUPERVISOR OF CERTIFIED MEDICAL TECHNICIANS/PARAMEDICS** SUPERVISOR OFOR CERMAK HEALTH SERVICES

        Place of Employment: **CERMAK HEALTH SERVICES 2800 S. CALIFORNIA AV./CHICAGO,ILLINOS/ 60608**

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**II.**    **DEFENDANT(S)**  CONTINUED :

D. DEFENDANT: MR. PATTON

  TITLE: CERTIFIED MEDICAL TECHNICIAN/PARAMEDIC
                        CERMAK HEALTH SERVICES
  PLACE OF EMPLOYMENT: 2800 S. CALIFORNIA AV./CHICAGO,ILLINOIS/60608

E. DEFENDANT: JOHN/JANE DOES

  TITLE: CERMAK PHARMACY STAFF /PHARMACISTS
                        CERMAK HEALTH SERVICES
  PLACE OF EMPLOYMENT: 2800 S. CALIFORNIA AV./CHICAGO,ILLINOIS/60608

F. DEFENDANT: MR. LACEY

  TITLE: CERTIFIED MEDICAL TECHNICIAN/PARAMEDIC  (JAIL'S DIV 9)
                        CERMAK HEALTH SERVICES
  PLACE OF EMPLOYMENT: 2800 S. CALIFORNIA AV./CHICAGO,ILLINOIS/60608

G. DEFENDANT: MS. BRITTMAN

  TITLE: CERTIFIED MEDICAL TECHNICIAN/PARAMEDIC  (JAIL'S DIVISION 9)
                        CERMAK HEALTH SERVICES
  PLACE OF EMPLOYMENT: 2800 S. CALIFORNIA AV./CHICAGO,ILLINOIS/60608

3

**III.**　**List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.　Name of case and docket number:　WILLIAM DUKES V. JESSE WHITE

B.　Approximate date of filing lawsuit:　SPRING 2002

C.　List all plaintiffs (if you had co-plaintiffs), including any aliases:
　　　　　WILLIAM DUKES

D.　List all defendants:　JESSE WHITE , THE ILLINOIS SECRETARY OF STATE

E.　Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county):　MONTGOMERY COUNTY , ILLINOIS

F.　Name of judge to whom case was assigned:　????

G.　Basic claim made:　MANDAMUS, THE SECRETARY OF STATE'S OFFICE
　　　WAS MAINTAINING INACCURRATE RECORDS OF CONVICTION PERTAINING
　　　TO THIS PLAINTIFF.

H.　Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?):　CASE WAS ORIGINALLY DISMISSED AND I APPEALED.
　　ON APPEAL THE CASE WAS DISMISSED FOR MOOTNESS AS THE DEFENDANT
　　HAS CORRECTED SAID INACCURRATE RECORDS THAT WAS THE BASIS OF
　　THE MANDAMUS COMPLAINT.

I.　Approximate date of disposition:　SUMMER/FALL 2003

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

4

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

THAT ALL OF THE NAMED/IDENTIFIED DEFENDANTS , WHILE ACTING UNDER COLOR OF STATE

STATE LAW , WERE DELIBERATELY INDIFFERENT TO PLAINTIFF'S ESTABLISHED

CONSTITUTIONAL RIGHT TO RECEIVE ADEQUATE MEDICAL ATTENTION FOR SERIOUS

MEDICAL NEEDS.

DEFENDANTS:JONH/JANE DOE DIRECTOR OF CERMAK HEALTH SERVICES , MR. ANTHONY

(TONY) MAVERICK , AND ~~JOHN/JANE DOE~~ MELVIN JENKINS SUPERVISOR OF CERTIFIED MEDICAL

TECHNICIANS/PARAMEDICS FOR CERMAK HEALTH SERVICES (CHS) IN THEIR INDIVIDUAL

AND OFFICIAL CAPPACITIES, WITH A DELIBERATE DISREGARD FOR THE PLAINTIFF'S

ACTED ESTABLISHED CONSTITUTIONAL RIGHT TO RECEIVE ADEQUATE MEDICAL ATTENTION

FOR SERIOUS MEDICAL NEEDS , WHEN THEY FAILED TO ACT WHEN THEY WERE

MADE PERSONALLY AWARE THAT THEIR SUBORDINATES WERE FAILING TO PROVIDE

THE PLAINTIFF WITH MEDICATIONS PRESCRIBED TO HIM BY A MEDICAL DOCTOR.

THESE DEFENDANTS WERE MADE PERSONALLY AWARE OF PLAINTIFFS BEING DENIED

HIS PRESCRIBED MEDICATIONS THROUGH PLAINTIFF'S REPEATED UTILIZATION

OF THE COOK COUNTY DEPARTMENT OF CORRECTIONS' DETAINEE GRIEVANCE PROCEDURES,

NUMEROUS "JAIL MAIL" WRITTEN REQUEST SLIPS, AND LETTERS SENT THROUGH

THE UNITED STATES POSTAL SERVICE. THESE DEFENDANT'S FAILURE TO ADDRESS

THESE ISSUES WITH THEIR SUBORDINATES CONSTITUTED THEIR CONSENT TO SAID

SUBORDINATES REPEATED FAILURES TO FOLLOW PROPER PROCEDURES IN ENSURING

5

PRE-TRIAL DETAINEES IN THEIR CARE RECEIVE THEIR MEDICALLY PRESCRIBED

MEDICATIONS AS PRESCRIBED.

DEFENDANTS: MR. PATTON CERTIFIED MEDICAL TECHNICIAN/PARAMEDIC

M S. BRITTMAN CMT/PARAMEDIC

AND MR. LACEY CMT/PARAMEDIC ) OF THE JAIL'S

DIVISION 9 WITH A DELIBERATE DISREGARD FOR THE PLAINTIFF'S ESTABLISHED

CONSTITUTIONAL RIGHT TO RECEIVE ADEQUATE MEDICAL ATTENTION FOR

A SERIOUS MEDICAL NEEDS, FAILED TO PROVIDE PLAINTIFF WITH MEDICATIONS

PRESCRIBED TO HIM BY A MEDICAL DOCTOR ON A TIMELY BASIS , IF AT ALL , SO THAT

SO THAT PLAINTIFF COULD FOLLOW MEDICALLY ORDERED COURSES OF TREATMENT

WHEN THEY BECAME PERSONALLY AWARE OF PLAINTIFFS NEED FOR PRESCRIBED MEDICATIONS

MEDICATIONS THROUGH VARIOUS PRESCRIPTION FORMS FILED WITH THEIR

DEPARTMENT , MULTIPLE VERBAL AND WRITTEN REQUESTS MADE TO THEM BY YHE PL

PLAINTIFF , AND BY NUMEROUS DETAINEE GRIEVANCES FILED BY THE PLAINTIFF.

* AS A RESULT OF ALL OF THE NAMED/IDENTIFIED DEFENDANTS REFUSAL

TO ENSURE PLAINTIFF RECEIVED PRESCRIBED MEDICATIONS THE PLAINTIFF

HAS BEEN TO AND IS STILL , BEING FORCED TO SUFFER UNNECESSARY AS THIS

IS AN ON-GOING PROBLEM. THIS MEDICATION DENIAL HAS , AND IS , POSING

AN UNNECESSARY AND UNREASONABLE RISK OF HARM TO PLAINTIFF'S CURRENT

AND FUTURE HEALTH. AS A RESULT OF THE DESCRIBED MEDICATION DENIAL

PLAINTIFF HAS , IS , AND WILL SUFFER: UNNECESSARY PAIN; EROSION OF

THE LINING OF HIS ESOPHOGUS AS A RESULT OF A LACK OF OR INTERMITTENT

SUPPLY OF HIS ACID-REFLUX MEDICATION; HEMERROIDAL ENLARGEMENT AS

A RESULT OF A LACK OF OR INTERMITTENT SUPPLY OF HIS FIBER MEDICATION

Revised 9/2007

(WHICH IS LIKELY TO REQUIRE FUTURE SURGICAL REMOVAL OF SAID HEMEROIDS;

SLEEP APNEA (PERIODIC CESSATION OF BREATHING DURING SLEEP) DUE TO

LACK OF OR INTERMITTENT SUPPLY OF HIS NASAL DECONGESTANT/ALLERGY

MEDICATION — SLEEP APNEA BEING A LEADING CAUSE OF HEART DISEASE; AND

ELEVATED CHLORESTEROL LEVELS DUE TO LACK OF OR INTERMITTENT SUPPLY

OF HIS CHLORESTEROL LOWERING MEDICATION — HIGH CHLORESTEROL BEING

A LEADING CAUSE OF HEART DISEASE; PLAINTIFF ALSO SUFFERS FROM SEVERE

SINUS HEADACHES AS A RESULT OF THE ABOVE DESCRIBED DENIAL OF NASAL

DECONGESTANT/ALLERGY MEDICATION..

(PLEASE FIND ATTACHED TO THIS COMPLAINT COPIES OF SOME OF THE

VARIOUS LETTERS , GRIEVANCES , REQUEST SLIPS, DESCRIBED HEREIN THAT

THE PLAINTIFF HAS SUBMITTED OVER THE LAST THREE (3) YEARS OF HIS CUSTODY

AS A PRE_TRIAL DETAINEE AT THE COOK COUNTY DEPARTMENT OF CORRECTIONS.)

DEFENDANTS: JOHN/JANE DOES CERMAK PHARMACY STAFF/
PHARMACISTS, WERE DELIBERATELY INDIFFERENT TO THE
PLAINTIFF'S SERIOUS MEDICAL NEEDS, WHEN THEY INTENTIONALLY
FAILED/REFUSED TO DISPENSE PRESCRIBED MEDICATIONS TO THE
PLAINTIFF, ON MULTIPLE OCCATIONS, AS MEDICALLY ORDERED AND
AS A RESULT OF THESE ACTIONS/INACTIONS THE PLAINTIFF SUFFERED
THE ABOVE STATED INJURIES.

7

V.    RELIEF SOUGHT:

1. A DECLARATION THAT THE ACTS AND OMMISSIONS DESCRIBED HEREIN

VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION OF THE UNITED

STATES ;

2. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS:

    A. JOHN/JANE DOE DIRECTOR OF CERMAK HEALTH SERVECES

    B. MR. ANTHONY(TONY) MAVERICK

    C. ~~JOHN/JANE DOE~~ *MELVIN JENKINS* SUPERVISOR OF CMT's/PARAMEDICS

    D. MR. PATTON CMT/PARAMEDIC

    E. A. JOHN/JANE DOES *CERMAK PHARMACY STAFF/PHARMACISTS* ~~████████~~

    F. MR. LACEY CMT/PARAMEDIC

    G. MS. BRITTMAN CMT/PARAMEDIC

*TO :*    A. PROVIDE THE PLAINTIFF WITH ALL MEDICATIONS THAT ARE PRESCRIBED

    FOR HIM AS MEDICALLY ORDERED COURSES OF TREATMENT;

    B. PROVIDE PLAINTIFF HIS PRESCRIBED MEDICATIONS ON TIME ,

    ON A CONTINUOUS BASIS, SO THAT HE CAN TAKE/USE SAID MEDICATIONS

    AS DIRECTED BY THE PRESCRIBING DOCTOR

    C. REFRAIN FROM ANY TYPE OF RETALLIATION AGAINST  OR

    PUNISHING PLAINTIFF FOR HIS FILING OF THIS SUIT;

3. COMPENSETORY DAMAGES IN THE AMOUNT TO BE DETERMINED BY A JURY

AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY;

4. PUNATIVE DAMAGES IN THE AMOUNT TO BE DETERMINED BY A JURY

AGAINST EACH DEFENDANT , JOINTLY AND SEVERALLY;

5. PLAINTIFF'S COSTS IN FILING THIS SUIT;

6. PLAINTIFF'S ATTORNEY FEES IN THIS SUIT;

7. ANY ADDITIONAL RELIEF THAT THIS COURT DEEMS JUST, PROPER,

AND EQUITABLE.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __18__ day of __JUNE__, 20 __08__

_William Dukes_

_____
(Signature of plaintiff or plaintiffs)

_WILLIAM DUKES_
_____
(Print name)

_2005-0022546_
_____
(I.D. Number)

_P.O. Box 089002_
_CHICAGO, ILLINOIS 60608_
_____
(Address)

9

Revised 9/2007

*Ex HIBIT 1*

Part – B / Control #: _2005_ X 1120

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

**Detainee's Last Name:** Dukes _____ **First Name:** William _____ **ID#:** 2005 - 0033546

**Is This Grievance An Emergency?**  YES ☐  NO ☒

**C.R.W.'S Summary Of The Complaint:** Detainee alleges he has not received practical instruction and that he is not allowed to segregate in Work Cell without sharing Personal information.

**C.R.W. Referred Griev. To:** Cermak _____ **Date Referred:** 12 / 21 / 05

**Response Statement:** _____

_____

_____

_____

_____ **Date:** 12/23/05 **Div./Dept.** 0?/
(print - name of individual responding to this griev.)  (signature of individual responding to this griev.)

Tom Snooks _____ **Date:** 12-27-05 **Div./Dept.** 9
(print - name of Supt./ Designee / Dept. Admin.)  (signature of Supt./ Designee / Dept. Admin.)

_____ **Date:** 12/23/05
(print - name of Prog. Serv. Admin./ Asst. Admin.)  (signature of Prog. Serv. Admin./ Asst. Admin.)

**Date Detainee Received Response:** 12 / 27 / 05 **Detainee Signature:** William Dukes

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

**Date Detainee Request For An Appeal:** ____ / ____ / ____

**Detainee's Basis For An Appeal:** _____

_____

_____

**Appeal Board's Acceptance Of Detainee's Request:**  YES ☐  NO ☐

**Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:**

_____

_____

**Appeal Board's Signatures / Dates:**

_____     _____     _____

**Date Detainee Rec.'d the Appl. Bd.'s Response:** ____ / ____ / ____ **Detainee Signature:** _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT 2

Part-A / Control #: __X Request__

Referred To: _CRW Hollins_

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **DUKES**          First Name: **William**

ID #: **2005 - 0022546** Div.: **9** Living Unit: **2-C** Date: **02/22/06**

BRIEF SUMMARY OF THE COMPLAINT: _Starting Approximately 2 Weeks_
_Ago I Began Alerting The Medical Staff I Was Running Out Of_
_My Medication (Nasal Spray). This Began About One Week_
_Before I Ran Out. I Have Now Been Out For A Week And_
_The Only Answer I Get From The Medical Staff Is "We'll_
_Check On It." And Then I Hear Nothing Else._
_      I Do Not Understand What Is So Difficult About_
_My Getting My Medication As Prescribed. Other_
_Inmates On Tier 2-C Have Gotten The Exact Same Medication_
_Within The Past Week So The Pharmacy Is Not Out Of It._
_At My Prescribed Dosage And With Each Bottle_
_Containing 200 Metered Sprays, It Is Very Easy To_
_Calculate That Each Bottle Will Only Last 25 Days._

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_Cermak Health Services Medical Staff._

ACTION THAT YOU ARE REQUESTING:   _without having to start and stop_
_I want my Medication As Prescribed Treatment Because Someone Can't Count_

## DETAINEE SIGNATURE: _William Dukes_

C.R.W.'S SIGNATURE: _____          DATE C.R.W. RECEIVED: _2/22/06_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT 3

PART – C

**C.C.D.O.C. DETAINEE GRIEVANCE PROCESSED AS A REQUEST**

\* Please note: When processed as a request, PART – B is not applicable. \*

**Detainee's Last Name:** Dukes          **First Name:** William

**ID#:** 2005-0025          **Div:** 9          **Tier/LivingUnit:** 2C

**Date of Request:** 2/22/06          **Date C.R.W. Received Request:** 2/27/06

**This Request has been processed by:** _____ **C.R.W.**

**Summary of Request:**

_Detainee was seen by [ ] but failed to medication_

**Response and/or Action Taken:**

_This chronic care agent to nurse Petitioner on 2/17/06_
_Refilled medication sign and to Chris. Let you sign in nurse_
_when you [ ] [ ] Medication [ ] [ ] [ ]_
_Appointment order to your nurse, was [ ]. The nurse_
_allotted was just signed up for doctor on 2/21/06 a.m. when home_
_on 8/13, on March 13, 2006_

_C. Williams_ — _[signature]_ — **Date:** 2/27/06 **Div./Dept.** 9
(Print- name of individual responding)      (Signature of individual responding)

EXHIBIT 4

Part-A / Control #: _____X_____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **DUKES**          First Name: **William**

ID #: **2005-0022596** Div.: **9** Living Unit: **2-C** Date: **04/27/06**

BRIEF SUMMARY OF THE COMPLAINT: *This Is My 3rd or 4th Grievance On The Same Issue Of My Not Being Given The Medication Prescribed To Me. Today I Again Asked The Paramedic For A Refill Of My Nasal Spray But I Was Told She Could Do Nothing Because It Isn't Noted In Her Medications Log. I Can Not Show Her A Yellow Prescription Copy But The Deck Paramedic Was Given The Green Prescription Copy And There Is An Original Copy In My Medical File. I've Been Directed To Use The Nasal Spray On A Continuous Daily Basis By The Doctor But The Paramedics Have Changed The Directions To Whenever We Feel Like Giving You Your Medications. I Do Not See What Is So Difficult About Their Pulling My Medical File, Verifying The Prescription, And Then Calling The Pharmacy For A Refill. This Is A Repeated Issue*

**✱ THIS IS A GRIEVANCE — NOT A REQUEST**

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

*Doctor Lott    Doctor Sanchez*

ACTION THAT YOU ARE REQUESTING:

*I Want My Medications So That I Can Use Them As Prescribed*

## DETAINEE SIGNATURE: *William Dukes*

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: _4/28/06_

Please note; Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT-5

Part – B / Control #: _____X_____

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

etainee's Last Name: _Dukes_   First Name: _William_   ID#: _200 - _____

Is This Grievance An **Emergency**?   YES ☐   NO ☑

C.R.W.'S Summary Of The Complaint: _____

_____

C.R.W. Referred Griev. To: _____   Date Referred: _5_/_7_/_06_

Response Statement: _____

_____

_____

_____

_____

_____   Date: _1_/_4_/_06_ Div./Dept._0_HH_
(print- name of individual responding to this griev.)   (signature of individual responding to this griev.)

_CPT Brailow_   _____   Date: _5_/_4_/06_ Div./Dept. _1X_
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

_____   Date: _1_/_06_
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _5_/_8_/_05_ Detainee Signature: _William Dukes_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _5_/_8_/05_

Detainee's Basis For An Appeal: **I STILL HAVE NOT RECEIVED MY MEDICATION (NASAL SPRAY) DESPITE MY ASKING FOR IT. ALL I GET IS DIFFERENT EXCUSES FROM THE DIFFERENT PARAMEDICS**

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☑

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

_____

Appeal Board's Signatures / Dates:

_____

Date Detainee Rec'd the Appl. Bd.'s Response: _9_/_6_/_06_ Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT 6

Part-A / Control #: _____ X _____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Dukes**          First Name: **Will**

ID #: **2005-00__5__** Div.: **9** Living Unit: **3-D** Date: **12-16-02**

BRIEF SUMMARY OF THE COMPLAINT: For The Last 3 Weeks I've Been Requesting My Tegretol Refill Of Mayer Fresh Without It's Be Received Non Written. I've Sent Through The Requests Through The Institutional Mail, Also Asked For Requests Directly To The Medical Staff Made On The Permiere Of The Tier CRW Ms. Richardson, I Get Different Excuses Even From The Shift Paramedics. The Pharmacy Isn't Out Of The Medication Because Others Are Getting The Same Medication And This Was Also Pointed Out To Ms Richardson When She Was On The Tier Simultaneously With A Paramedic Who Was Dispensing Medications. All It Takes Is A Simple Phone Call To The Pharmacy To Ask Them To Dispense The Prescribed Refill This Is An Ongoing Problem. Please Process As A Grievance.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

CRW Ms. Richardson

ACTION THAT YOU ARE REQUESTING:

To Re-Send My Medications So That I Can Take Them When Was As Prescribed.

## DETAINEE SIGNATURE: William Dukes

C.R.W.'S SIGNATURE: _____          DATE C.R.W. RECEIVED: 12 / 17 / 02

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

EXHIBIT # O7 3 Part – B / Control #: _____

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _____  First Name: _____  ID#: _____

Is This Grievance An Emergency?　YES ☐　　NO ☐

C.R.W.'S Summary Of The Complaint: _____
_____

C.R.W. Referred Griev. To: _____  Date Referred: 12/3/07

Response Statement: _____
Referred to Patient Care Services

| | | | |
|---|---|---|---|
| C Smith | C Smith | Date: 12/20/07 | Div./Dept. CHS |
| (print- name of individual responding to this griev.) | (signature of individual responding to this griev.) | | |
| J.B. Salazar | _____ | Date: 12/20/07 | Div./Dept. 9 |
| (print - name of Supt. / Designee / Dept. Admin.) | (signature of Supt. / Designee / Dept. Admin.) | | |
| Whelan | _____ | Date: 12/21/07 | |
| (print - name of Prog. Serv. Admin./ Asst. Admin.) | (signature of Prog. Serv. Admin./ Asst. Admin.) | | |

Date Detainee Received Response: 12/26/07  Detainee Signature: William Dukes

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 12/26/07

Detainee's Basis For An Appeal: Grievance Was About Failure To Dispense Medication
As Prescribed. Why Was A Prescribed Medication Dispensed By The
Pharmacy On 12-4-07 Not Given To Me Until 12:18:07  Despite Numerous
Requests.

Appeal Board's Acceptance Of Detainee's Request:　YES ☐　　NO ☑

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
Per CHS Administration med was written on 12/4/07 & dispensed from
pharmacy on 12/13 + 12/18. Nursing investigation reveals that detainee was not
during med pass until 12/18/07

Appeal Board's Signatures / Dates:
_____ 1/8/08　　PDD  1-8-8

Date Detainee Rec'd the Appl. Bd.'s Response: 2/14/08  Detainee Signature: William Dukes

GRIEVANCE CODE(S): (___) (___) (___) (___)

(WHITE COPY – PROG. SERV.)　(YELLOW COPY – C.R.W.)　(PINK COPY – DETAINEE)　(GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT 08  PART A/ CONTROL #: 08 X 0534

Cermak

PINK COPY

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

DETAINEE LAST NAME: Dukes        FIRST NAME: William

I D #: 2005-0022546   DIV: 9  TIER: 3 D   DATE: 3-13-08

BRIEF SUMMARY OF COMPLAINT: I HAVE BEEN OUT OF MY PRESCRIBED MEDICATIONS 10% UREA CREAM FOR OVER TWO (2) WEEKS; GENIFIBER FOR 3 DAYS. I BEGAN SUBMITTING VERBAL REQUESTS TO PARAMEDIC PATTON A WEEK BEFORE I RAN OUT OF EACH MED AND I SUBMITTED NUMEROUS WRITTEN REQUESTS BEGINNING AT THE SAME TIME - ALL TO NO AVAIL.  CREAM = 2 REMAINING, GENIFIBER = 1 REMAINING, PRESCRIBED REFILL

ALL I ASK IS FOR THE PARAMEDIC ASSIGNED TO PASS OUT MEDICATIONS ON TIER 3-D MAKE A SIMPLE PHONE CALL TO ASK THE PHARMACY TO DISPENSE MEDICATIONS I AM TO RECEIVE ON A MONTHLY BASIS WHEN HE ~~BECOMES~~ IS INFORMED THAT I AM RUNNING OUT OF A PARTICULAR MEDICATION.

*  THE PHARMACY IS NOT OUT OF THESE MEDICATIONS BECAUSE OTHERS HAVE BEEN RECEIVING THE SAME MEDS.

*  THIS IS ~~TOO~~ ABOUT MY SIXTH (6TH) GRIEVANCE ON THE PARAMEDICS FAILURE TO PROVIDE ME WITH PRESCRIBED MEDICATIONS

ACTION REQUESTED: SEE ABOVE

WITNESSES W/ INFORMATION: TONY MAVELICK, CERMAK / CRW HAMPTON

DETAINEE SIGNATURE: William Dukes

CRW SIGNATURE:        DATE CRW RECEIVED 03/25/08

EXHIBIT **09**

Part – B / Control #: 20 X 0529

---

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Dykes    First Name: William    ID#: 2008-0022446

Is This Grievance An Emergency?    YES ☐    NO ☑

C.R.W.'S Summary Of The Complaint: Detainee states that he has been without

his prescribed blood pressure pills for over two weeks.

C.R.W. Referred Griev. To: Cermak    Date Referred: 03/26/05

Response Statement: _____

Is referred to Health Care Services

_____

_____

| A. Smith | (signature) | Date: 3/31/08 | Div./Dept. S 4/5 |
|---|---|---|---|
| **(print- name of individual responding to this griev.)** | **(signature of individual responding to this griev.)** | | |
| J. Sczepek | (signature) | Date: 4/18 | Div./Dept. 9 |
| **(print - name of Supt. / Designee / Dept. Admin.)** | **(signature of Supt. / Designee / Dept. Admin.)** | | |
| J. Muller | (signature) | Date: 4/1/08 | |
| **(print- name of Prog. Serv. Admin./ Asst. Admin.)** | **(signature of Prog. Serv. Admin./ Asst. Admin.)** | | |

Date Detainee Received Response: 4/3/08    Detainee Signature: William Dykes

---

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

*Date Detainee Request For An Appeal:* ___/___/___

*Detainee's Basis For An Appeal:* _____

_____

_____

*Appeal Board's Acceptance Of Detainee's Request:*    YES ☐    NO ☐

*Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*

_____

_____

*Appeal Board's Signatures / Dates:*

_____

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___ Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY - DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT 10A

Part A Control #200? X#35

Referred To: Cermak

PAGE 1 OF 2 / GROUP GRIEVANCE

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _SEE BELOW_ First Name: _____

ID #: _____-_____ Div.: _9_ Living Unit: _3-D_ Date: _3/18/08_

BRIEF SUMMARY OF THE COMPLAINT: _THE FOLLOWING DETAINEES:_ 20070009237

1. 2-008-2090667

2. _____ 1051003035

3. _____

4. _____ Dubuisson

5. DUKES #2082546 Jim Nutter

6. SANDER: 2007-0846480

7. HOLMES, A 02-0131055

8.

9. Z GARD NASH 2008005702

10.

11. _____ Seaguin #2006-0003131

We Submitting This Grievance Because Of Paramedic Patio's Refusal To Provide Them With Their Prescribed Medication And/Or Refills On A Timely Basis Every Request For Him To Check On A Missing Medication is 1st Ignored By

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:** Group Grievance

C.R.W.'S SIGNATURE: _____ DATE C.R.W. RECEIVED: _03/25/10_

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT

Part-A / Control #: _____ X _____

Referred To: _CATANIK_

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: _See Page #1_   First Name: _____

ID #: _____   Div.: _____   Living Unit: _3·D_   Date: _3/18/08_

BRIEF SUMMARY OF THE COMPLAINT: _Pharmacist Patton, Misso And Nurse_
_Prior Occasions The Detainees Filing This Group Grievance_
_Have Had Their Medications Given To Them By Another_
_Detainee. Because Pharmacist Patton Gives Their Meds_
_To A Detainee To Distribute For Him._

_C/O HAMPTON_
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_WE Request The Practice Of Allowing Other Detainees Pass Out Medications_
ACTION THAT YOU ARE REQUESTING:

_Stop And That We Be Given Our Prescribed Medications As Prescribed_

## DETAINEE SIGNATURE: _See Page #1_

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: _03/25/08_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT 11

Part – B / Control #: _2008_ X _____

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _Grap Grievance_ First Name: _Grap Grievance_ ID#: _____ - _____

Is This Grievance An **Emergency**? YES ☐ NO ☒

C.R.W.'S Summary Of The Complaint: _Detainee states that Paramedic period is taking_
_to fulfill the prescribed Medication_

C.R.W. Referred Griev. To: _Cermak_ Date Referred: 03 / 26 / 08

Response Statement: _____

_____

_____

_____ Date: 3/31/08 Div./Dept. CHS
(print- name of individual responding to this griev.) (signature of individual responding to this griev.)

_____ Date: 4/ 1 /08 Div./Dept. 9
(print - name of Supt. / Designee / Dept. Admin.) (signature of Supt. / Designee / Dept. Admin.)

_____ Date: 4/ 1 / 08
(print - name of Prog. Serv. Admin./ Asst. Admin.) (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 4 / 3 / 08 Detainee Signature: _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 4 / 3 / 08

Detainee's Basis For An Appeal: _He STILL IS NOT HELPING DETAINEE..._

_____

_____

Appeal Board's Acceptance Of Detainee's Request: YES ☒ NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
_Please be sure all medical staff follow proper_
_period for dispensing medication to detainee_

Appeal Board's Signatures / Dates:
_____ / 15/8 X _____ /18/08

Date Detainee Rec'd the Appl. Bd.'s Response: 5 /20/08 Detainee Signature: _____

_PROBLEM STILL_
_OCCURE WITH_
_OTHER INMATES_
_SINT._

GRIEVANCE CODE(S): ( ____ ) ( ____ ) ( ____ ) ( ____ )

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT./OFFICE)

EXHIBIT # 12    MONDAY, MARCH 3, 2008

DIRECTOR C.O.I. SERVICES
CERMAK HEALTH SERVICES

RE: DIVISION 9's PARAMEDIC PATTON'S
REFUSAL TO DISPENSE MEDICATION
AS PRESCRIBED / LACK OF
MEDICAL ATTENTION.

DEAR DIRECTOR

MY NAME IS WILLIAM DUKES (#2005-0022546) AND I
AM HAVING REPEATED PROBLEMS WITH PARAMEDIC PATTON (DIVISION 9/
NORTH TOWER) DISPENSING MY PRESCRIBED MEDICATIONS TO ME. I USUALLY
GET THE WEEKLY REFILLS OF MY MEDICATIONS, I AM COMPLAINING
ABOUT THE MEDICATIONS THAT ARE DISPENSED BY THE PHARMACY ON
A MONTHLY BASIS (ie. GENIFIBER AND UREA CREAM). WHEN I AM
FINALLY GIVEN MY MONTHLY SUPPLY, I RECEIVE IT WEEKS AFTER IT
WAS DISPENSED BY THE PHARMACY. IN EXAMPLE, I RECEIVED MY
GENIFIBER REFILL ON 02-27-08 AND IT WAS DISPENSED BY
THE PHARMACY (ACCORDING TO LABLE) ON 02-12-08 — TWO WEEKS
EARLIER. STARTING A WEEK BEFORE I RAN OUT OF THE
GENIFIBER I ~~REQUESTED~~ BEGAN SUBMITTING REQUEST SLIPS
(WHITE ONES) ASKING FOR ONE OF MY PRESCRIBED REFILLS
AND I CONTINUED SUBMITTING REQUESTS UNTIL I RECEIVED
THE GENIFIBER, AT MINIMUM, 15 REQUESTS WERE SUBMITTED
BY ME IN THIS THREE WEEK PERIOD.

-1-

EVERY TIME PARAMEDIC PATTON COMES TO TIER 3-D IN DIVISION 9, HE HAS NO PROBLEM GIVING OTHER INMATES MEDICATION PACKETS TO PASS OUT FOR HIM, IF YOU MAKE A SICK CALL REQUEST HE TELLS YOU TO SUBMITT A "YELLOW MEDICAL REQUEST" OF WHICH HE HAS NONE, YOU CAN'T EVEN GET A TYLENOL FROM THE MAN.

I'VE BEEN IN THE CONTINUOUS CUSTODY OF THE CCDOC (#04-0002975; #04-0101895; + #05-0022516) FOR THE LAST FOUR YEARS — FROM OTHER PARAMEDICS I KNOW ALL IT TAKES IS A SIMPLE PHONE CALL (EXT 5623) TO THE PHARMACY TO REMIND THEM AND THEY WILL DISPENSE THE MEDICATION AND I WILL RECEIVE IT WITHIN TWO DAYS TIME OR LESS.

THE DOCTORS GIVE ME A YELLOW AND A GREEN COPY OF MY PRESCRIPTIONS WITH INSTRUCTIONS TO GIVE THE GREEN COPY TO THE TIER PARAMEDIC . PARAMEDIC PATTON WILL NOT TAKE THE GREEN COPY SAYING "I'VE GOT ENOUGH PAPERWORK TO DEAL WITH." I AM ENCLOSING THE GREEN PRESCRIPTION COPY OF MY "UREA CREAM" PRESCRIPTION AND ASK THAT YOU ASSIST ME IN GETTING A REFILL.

THE DRY CRACKED SKIN IT WAS PRESCRIBED FOR WAS STARTING TO CLEAR UP, BUT IS NOW REVERTING BACK TO THE

WAY IT WAS.

ADDITIONALLY, THE SAME IS TRUE WITH THE GENIFIBER. REGULAR USE ALIEVIATES THE PAINFULL BLOATING, FLATULENCE, AND HEMROIDAL FLAIRUPS BUT ALMOST IMMEDIATELY RETURN WHEN I AM FORCED TO DISCONTINUE USE DUE TO WHAT I FEEL IS PARAMEDIC PATTON'S ANGER OVER MY UTILICATION OF THE GRIEVANCE PROCEDURES.

Additionally, I WAS HIT IN THE NOSE ON 01-23-08 AND AS A RESULT MY NOSE WAS BROKEN. I DID NOT REALIZE THIS UNTIL THE NEXT DAY (1-24-08) WHEN I BEGAN ASKING THAT I BE SEEN BY A DOCTOR AND THE REASON FOR SAID REQUEST PARAMEDIC PATTON, DID NOTHING EXCEPT TELL ME TO SUBMIT A "MEDICAL REQUEST SLIP". I ASKED HIM FOR ONE AND WAS TOLD HE DID NOT HAVE ANY WITH HIM (AS ALWAYS).

IT WASN'T UNTIL 01-28-08, THAT I WAS FINALLY SEEN BY A DOCTOR, I TOLD HIM (DR.KHAN) THAT IT FELT LIKE THE CARTILAGE INSIDE MY NOSE HAD SHIFTED TO ONE SIDE, ALMOST, IF NOT ENTIRELY, CLOSING MY RIGHT NOSTRIL. HE ORDERED X-RAYS AND PRESCRIBED "AMOXICYLLIN" AND "BENYDRILL", HE NEVER LOOKED IN MY NOSTRILS TO SEE THE DAMAGE I WAS

W.R. Dukes
ACTUAL LETTER
2 $ + 2¢
WAS MISTAKE

DESCRIBING. I WENT TO X-RAY ON 1-29-08, BUT I DID NOT SEE DR. KHAN AGAIN FOR TWO WEEKS. I AGAIN DESCRIBED MY PROBLEM WITH THE BLOCKED RIGHT NOSTRIL AND WITHOUT LOOKING, HE GAVE ME A FEW DAYS SUPPLY OF "TYLENOL" AND "SUDAFED".

IT HAS BEEN WELL OVER A MONTH SINCE I WAS HIT AND MY NOSE WAS BROKEN AND I STILL HAVE THE PROBLEM WITH THE BLOCKED RIGHT SIDE NASAL PASSAGE AS WELL AS RE-OCCURRING HEADACHES THAT I DID NOT HAVE BEFORE.

I ASK THAT YOU PLEASE DO SOMETHING TO ENSURE THAT I RECEIVE MY MEDICATIONS WHEN AND AS PRESCRIBED AND THAT I BE SCHEDULED TO SEE A DOCTOR WHO CAN SOLVE THE PROBLEM OF MY BLOCKED NASAL PASSAGE NOW THAT I HAVE MADE YOU PERSONALLY AWARE OF THE SITUATION. THANK YOU.

SINCERELY

William Dukes

William Dukes #2005-0022546

DIVISION 9

TIER 3-D

NEXT COURT DATES : 3-11-08 AND 5-5-08

P.S.
ALSO ENCLOSED, PLEASE FIND A COPY OF A LETTER SENT TO YOU AND SUPT. SALAZAR ON 02-04-08.

- 4 -

EXHIBIT 13

Sent 5-7-08

5/07/08

RE: WILLIAM DUKES
2005-0022596, DIVISION 9

Mr. Maverick

In my letter to you dated 5-1-08, I said I would write you again if I did not receive my PRESCRIBED FLUNISOLIDE NASAL SPRAY refill. Well, I'm writing again.

This is has gotten to be a lot of B.S. Every month I have to go through the same thing. I begin requesting my prescription refills a full week before I run out of the medication but I don't receive the medications for weeks, a month, or more after they are due.

I was supposed to receive a nasal spray refill on 4-30-08 or 5-1-08 and I've submitted minimum of SEVEN (7) written requests for my refills by placing FIVE (5) of these written requests directly in the hands of Division 9's MEDICAL Staff.

This isn't my first time experiencing problems with getting my medications and the pharmacy isn't out because others are receiving the exact same medication. Can you please straighten out this issue. Thank You

Sincerely,

Tim L Dukes

EXHIBIT A

Sent 5/1/08

MR. TONY MAVERICK
CERMAK HEALTH SERVICES
2800 S. CALIFORNIA AV.

CHICAGO, IL. 60608

MAY 01, 2008

RE: WILLIAM DUKES #2005-0022546
DIVISION 9   RECEIPT OF
PRESCRIBED MEDICATIONS.

MR. MAVERICK

THIS LETTER IS TO REQUEST THAT YOU CORRECT A PROBLEM, BEFORE IT OCCURS, THAT IS GOING TO PREVENT ME FROM RECEIVING MY PRESCRIBED MEDICATIONS ON TIME.

ON 04-01-08 DR. DEFUNIAK PRESCRIBED THREE (3) MEDICATIONS FOR ME TO RECEIVE FOR THE NEXT TWELVE (12) WEEKS. THESE MEDICATIONS ARE ① GENIFIBER, ② 10% UREA CREAM, AND ③ FLUNISOLIDE NASAL SPRAY. I AM SUPPOSED TO RECEIVE EACH OF THESE MEDS. ON A ONCE MONTHLY BASIS.

I RECEIVED A ONE MONTH SUPPLY OF EACH MEDICATION ON 04-2-08 AND EACH LABLE ON THE MEDS DISPENSED ON 4-2-08 ALL SHOW THAT I HAVE TWO (2) REFILLS SHOWING ON EACH OF THESE THREE MEDICATIONS. HOWEVER, THE MEDICATIONS I RECEIVED TODAY 5/1/08 SHOW MISTAKENLY THAT I HAVE Ø REMAINING REFILLS ON EITHER MY GENIFIBER OR 10% UREA CREAM PRESCRIPTIONS (I HAVE NOT YET RECEIVED MY FLUNISOLIDE REFILL) THIS MISTAKE CONCERNING THE NUMBER OF

—1—

EXHIBIT 14B

REFILLS I HAVE REMAINING IS GOING TO CAUSE ME TO RUN OUT OF MY MEDICATIONS A FULL MONTH BEFORE DR. DEFUNIAK PRESCRIPTIONS FOR ME EXPIRES.

I CAUGHT THIS MISTAKE AS SOON AS THE PARAMEDIC (NOT MR. PATTON) HANDED ME MY GENIFIBER AND UREA CREAM REFILLS AND I BROUGHT IT TO HIS ATTENTION. I SHOWED HIM THE CONTAINERS FROM THE 4-2-08 MEDS THAT SHOWED 2 REMAINING REFILLS AND THE DATE THE PRESCRIPTION ENDS ON 06-24-08 ONLY TO BE TOLD THERE WAS NOTHING HE COULD DO AND I WOULD HAVE TO SEE THE DOCTOR AGAIN SO HE COULD RENEW THE PRESCRIPTION (THIS WONT HAPPEN UNTIL THE WEEK OF 6/24) WOULD YOU PLEASE TRY TO ENSURE THAT I RECEIVE MY FINAL REFILLS OF ① GENIFIBER, ② 10% UREA CREAM, AND ③ FLUNISOLIDE NASAL SPRAY ON TIME ON 06-01-08. IF I DO NOT RECEIVE MY FLUNISOLIDE SPRAY FOR THIS MONTH WITHIN THE NEXT DAY OR TWO I WILL WRITE TO YOU AGAIN.

I'M SORRY FOR BEING SUCH A PEST ~~BLURBURBUR~~ ~~BLURBLURBLUR~~ ~~BLURBLUR~~ AND I THANK YOU FOR YOUR TIME AND ASSISTANCE.

Sincerely

SENT 5/1/08

2800 S. CALIFORNIA

WORD FOR WORD.

MINUS ~~CROSSED~~ SECTION

-2-

## COOK COUNTY DEPARTMENT OF CORRECTIONS
### DETAINEE REQUEST FORM

**Please request only one(1) of the following service(s):**

- ☐ Write out
- ☐ Superintendent
- ☐ Drug Unit Transfer
- ☐ Trust Fund Balance
- ☐ Board of Ed 17-21 yrs
- ☐ Ged - 21yrs. & over
- ☐ Other

- ☐ Parole Information
- ☐ Law Library
- ☐ Public Library
- ☐ Mail information
- ☐ Commissary

- ☐ Chaplain
- ☐ Muslim Services
- ☐ Catholic Services
- ☐ Protestant Services
- ☐ Lutheran Services
- ☐ Baptist Services
- ☐ Jewish Services

| Detainee Name | | Date Submitted |
|---|---|---|
| Detainee ID# | | Court Date |
| Division | | Living Unit |
| Detainee Signature | | |

Staff Signature

Date Detainee Received   Response/Services

REVISED 2/04

EXH 181 T 15