UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED 11
AUG 4 2008
AUG 4, 2008 mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| WILLIAM DUKES, <br>     PLAINTIFF <br><br> V. <br><br> JOHN/JANE DOE DIRIECTOR OF CERMAK HEALTH SERVICES (CHS), <br> MR. ANTHONY (TONY) MAVERICK, CHS ADMINISTRATOR, <br> MELVIN JUNKINS, SUPERVISOR OF CERTIFIED MEDICAL TECHNICIANS (CMT's) / PARAMEDICS OF CHS, <br><br> MR. PATTON, CMT/PARAMEDIC FOR JAIL'S DIVISION 9, <br><br> JOHN/JANE DOES CERMAK PHARMACY STAFF/PHARMACISTS, <br> MR. LACEY, CMT/PARAMEDIC FOR JAIL'S DIVISION 9, <br> MS. BRITTMAN, CMT/PARAMEDIC FOR JAIL'S DIVISION 9, <br>     DEFENDANTS | MOTION FOR EMERGENCY INJUNCTION <br><br> CASE NO. 08 - C - 2163 <br><br> JUDGE DAVID COAR <br><br> MAGISTRATE JUDGE MASON |

NOW COMES THE PLAINTIFF, WILLIAM DUKES, TO RESPECTFULLY REQUEST THIS HONORABLE COURT ISSUE AN EMERGENCY INJUNCTION ORDERING THAT THE ABOVE NAMED/IDENTIFIED DEFENDANTS **IMMEDIATELY** BEGIN PROVIDING PLAINTIFF WITH HIS PRESCRIBED MEDICATIONS THAT HAVE BEEN PRESCRIBED TO HIM AS A COURSE OF TREATMENT BY THEIR MEDICAL DOCTORS, AND THAT THE ABOVE DEFENDANTS REFRAIN FROM ANY TYPE OF PUNISHMENT/RETALIATION AGAINST THE PLAINTIFF FOR HIS FILING OF THE ABOVE NUMBERED CAUSE (PUNISHMENT/RETALIATION SUCH AS CANCELING PLAINTIFF'S PRESCRIPTIONS).

IN SUPPORT OF THIS MOTION THE PLAINTIFF STATES AND ASSERTS AS FOLLOWS:

1. THAT SINCE PLAINTIFF'S INITIAL FILING OF THE ABOVE NUMBERED CAUSE THE ABOVE NAMED/IDENTIFIED DEFENDANTS HAVE REPEATEDLY CAUSED THE PLAINTIFF TO BE DENIED HIS PRESCRIBED MEDICATIONS AND/OR CAUSED SIGNIFICANT DELAYS IN PLAINTIFF'S RECEIVING PRESCRIBED MEDICATIONS;

2. THAT SUCH DENIALS AND/OR DELAYS HAVE, ARE AND WILL CAUSE THE PLAINTIFF TO SUFFER NEEDLESSLY FROM SYMPTOMS THAT SAID MEDICATIONS WERE PRESCRIBED TO PREVENT;

3. THE DEFENDANT'S APPARENTLY BLATANT REFUSAL TO PROVIDE PLAINTIFF WITH MEDICATION(S) PRESCRIBED TO HIM IS NOTHING MORE THAN PUNISHMENT FOR THE

PLAINTIFFS EXERCISING OF HIS RIGHTS AND UTILIZING THE GRIEVANCE PROCESS OF THE COOK COUNTY DEPARTMENT OF CORRECTIONS, AND FOR PLAINTIFF'S FILING OF THIS §1983 COMPLAINT;

4. ON 10 JUNE 2008, AFTER **NO** EXAMINATION OF ANY KIND AND THE FUNCTIONAL EQUIVALENT OF **NO** COMMUNICATION BETWEEN PLAINTIFF AND A PHYSICIAN'S ASSISTANT (A MR. FOWLER) PLAINTIFF WAS TAKEN OFF SEVERAL MEDICATIONS ;

5. THERE WAS ABSOLUTELY **NO** REASON TO REMOVE THE PLAINTIFF FROM THESE MEDICATIONS AS THE PLAINTIFF WAS , AND IS , STILL SUFFERING FROM THE SAME SYMPTOMS/AILMENTS THESE MEDICATIONS WERE ORIGINALLY PRESCRIBED - BY A MEDICAL DOCTOR - TO RELIEVE/PREVENT (i.e. 10% UREA CREAM - DRY, CRACKED, BLEEDING SKIN; GENIFIBER-CONSTIPATION, HEMEROIDS, RECTAL BLEEDING; AND FLUNISOLIDE NASAL SPRAY-PLUGGED SINUSES, SEVERE SINUS HEADACHES);

6. REMOVING PLAINTIFF FROM THE ABOVE LISTED MEDICATIONS WAS , AND IS , NOTHING MORE THAN THE PUNISHMENT FOR THE PLAINTIFF'S EXERCISING HIS RIGHTS THROUGH THE UTILIZATION OF THE GRIEVANCE PROCESS OF THE COOK COUNTY DEPT. OF CORRECTIONS AND HIS FILING OF THIS §1983 COMPLAINT;

7. After several grievances a Doctor Reinstated all Prescribed Meds on 6-30-08 However Defendants still Refuse to Provide Medications on Timely Basis

WHEREFORE, THE ABOVE STATED REASONS THE PLAINTIFF BEGS THIS HONORABLE COURT TO ISSUE AN INJUNCTION ORDERING THE DEFENDANTS TO IMMEDIATELY BEGIN, AND CONTINUE , TO PROVIDE PLAINTIFF WITH ANY AND ALL PRESCRIBED MEDICATION(S) AND THAT THEY PROVIDE SAID MEDICATIONS IN A TIMELY MANNER SO THAT PLAINTIFF CAN FOLLOW MEDICALLY ORDERED COURSES OF TREATMENT.

PLAINTIFF FURTHER PRAYS THIS HONORABLE COURT TO ORDER THAT PLAINTIFF BEALLOWED TO CONSULT WITH A MEDICAL DOCTOR , NOT A PHYSICIAN'S ASSISTANT, CONCERNING THE ABOVE DESCRIBED MEDICAL ISSUES (ISSUE #5) SO THAT HE CAN BE PUT BACK ON THE MEDICATIONS ORIGINALLY PRESCRIBED TO HIM.

RESPECTFULLY SUBMITTED

*William Dukes*

WILLIAM DUKES #2005-0022546
P.O. BOX 089002
CHICAGO , ILLINOIS  60608

**AFFIDAVIT**

I, WILLIAM DUKES, DO HEREBY SWEAR AND AFFIRM, UNDER PENALTY OF PERJURY, THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEFS.

7-29-08                                          *William Dukes*
DATED                                              SIGNED

**CERTIFICATE OF SERVICE**

I, WILLIAM DUKES, SWEAR AND AFFIRM , UNDER PENALTY OF PERJURY, THAT ON THIS 29 DAY OF July , 2008, I PLACED THE ATTACHED MOTION FOR EMERGENCY INJUNCTION TO THE CLERK OF THE COURT , WITH SUFFICIENT POSTAGE, AN ORIGINAL AND TWO COPIES; AND A COPY FOR EACH OF THE ABOVE NAMED/IDENTIFIED DEFENDANTS - BY PLACING SAID COPIES IN THE HANDS OF COOK COUNTY DEPARTMENT OF CORRECTION'S STAFF IN SEALED ~~~~~~ , ENVELOPES , TO BE PLACED WITH THE OUTGOING U.S. MAIL.

*William Dukes*
WILLIAM DUKES