IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF
ILLINOIS, EASTERN DIVISION

WILLIAM DUKES
(2005-0022546)
           PLAINTIFF

Vs.

TOM DART, et al
           DEFENDANTS

MOTION TO RECONSIDER
DISMISSAL OF CERTAIN
DEFENDANTS

08 CV 2163
CASE No: 08-C-2163
DAVID H. COAR   JUDGE
PRESIDING

FILED
AUG 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

   Now Comes WILLIAM DUKES AND RESPECTFULLY MOVES THIS HONORABLE COURT TO RE-INSTATE JOHN/JANE DEFENDANTS (IE DIRECTOR CERMAK HEALTH SERVICES; CERMAK HEALTH SERVICES PHARMACY STAFF/ PHARMACISTS).
   IN SUPPORT OF THIS MOTION PLAINTIFF ASSERTS THE FOLLOWING:

1. DESPITE DUE DILIGENCE BY PLAINTIFF, HE HAS BEEN UNABLE TO NAME THE ABOVE IDENTIFIED JOHN/JANE DOE DEFENDANTS;

2. THE ONLY WAY FOR PLAINTIFF TO SPECIFICALLY NAME SAID JOHN/JANE DOE DEFENDANTS IS THROUGH ADDITIONAL DISCOVERY;

3. "IT IS WELL ESTABLISHED THAT SITUATIONS ARISE WHERE THE IDENTITY OF ALLEGED DEFENDANTS WILL NOT BE KNOWN PRIOR TO THE FILING OF A COMPLAINT. IN SUCH CASES, IT IS COMMONPLACE TO ALLOW THE ACTION TO PROCEED AGAINST THE UNNAMED DEFENDANTS UNTIL THE PLAINTIFF CAN LEARN THE DEFENDANTS' IDENTITY THROUGH

-1-

Discovery." Aviles vs. City Of Chicago, John Does, 160 F.R.D. 565, 567 (7th Cir, 1995).; Maclin vs Paulson 627 F.2d 83, 87 (7th Cir, 1980)

4. "Situations Arise, ***, Where The Identity Of Alleged Defendants Will Not Be Known Prior To The Filing Of A Complaint." Aviles Quoting: Gillespie Vs. Civiletti 629 F.2d 637, 642 (9th Cir, 1980);

5. The John/Jane Doe Defendants Identified In Plaintiffs Amended Complaint, Dated _____, Based Upon Their Position As Cermak Health Services Pharmacy Staff/Pharmacists, And Director Of Cermak Health Services — Justifies The Inference At This Stage Of The Proceeding, That They Do Bear Some Responsibility For The Deliberate Indifference Alleged In Plaintiff's Complaint. (Argument Based Upon Plaintiff's Reading Of: Duncan Vs Duckworth 644 F.2d 653, 655 (7th Cir, 1981), And Jackson Vs Elrod 655 F.Supp. 1130 (7th Cir, 1987).

Wherefore, The Above Stated Reasons, Plaintiff Begs And Prays This Honorable Court Will Re-Instate Plaintiff's Claim Against All Identified John/Jane Doe Defendants Until Such A Time As Plaintiff Can Ascertain Their True Names And Identities. Thank You

Respectfully Submitted
William Dukes
William Dukes #2005-0022546
P.O. Box 089002
Chicago, Illinois 60608

## CERTIFICATE OF SERVICE

I, William Dukes, swear under penalty of perjury that on this 7th day of August 2008, I placed an original and two copies of the Plaintiffs "Motion To Reconsider Dismissal Of Certain Defendants" in the mail, with sufficient postage, addressed to:

> Prisoner Correspondence Office
> United States Dist. Court / Northern District
> Of Illinois / Eastern Division
> 219 South Dearborn Street
> Chicago, Illinois 60608

In the mail at the Cook County Department Of Corrections

07 August 2008
DATED

_William Dukes_
SIGNED

## AFFIDAVIT

I, William Dukes, swear and affirm, under penalty of perjury that all of my assertions in my "Motion To Reconsider Dismissal Of Certain Defendants", are true and correct to the best of my knowledge and belief.

07 August 2008
DATED

_William Dukes_
SIGNED