UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

William Dukes
                        Plaintiff,

v.                                        Case No.: 1:08−cv−02163
                                                 Honorable David H. Coar

Melvin Jenkins, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

        MINUTE entry before the Honorable David H. Coar: The defendant shall file a response by 8/26/2008 to the following motions: MOTION [19] by Plaintiff William Dukes for emergency injunction. MOTION [20] by Plaintiff William Dukes to reconsider dismissal of certain defendants. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.