COURT COPY

**FILED**

AU G 14 2008
AUG 1 4 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CLERK OF THE U.S. DISTRICT COURT    WEDNESDAY AUGUST 6, 2008
NORTHERN DIST. ILLINOIS / EASTERN DIV.
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

RE: WILLIAM DUKES VS TOM DART et al.
08-C-2163

DEAR CLERK

PLEASE FIND ENCLOSED THREE (3) SETS OF COPIES LABLED
16A THROUGH 22 THAT I, AS THE PLAINTIFF IN THE ABOVE
ENTITLED CAUSE, WOULD LIKE ATTATCHED TO MY RECENTLY
FILED "MOTION FOR EMERGENCY INJUNCTION." THESE
EXHIBITS SHOW MY CONTINUED DIFICULTIES IN RECEIVING
PRESCRIBED MEDICATIONS.

THANK YOU

William Dukes

WILLIAM DUKES #2005-0022546
P.O. BOX 089002
CHICAGO, ILLINOIS 60608

AFFADAVIT

I, WILLIAM DUKES, SWEAR UNDER PENALTY OF PERJURY THAT THE
INFORMATION CONTAINED IN THE ABOVE LISTED / ATTATCHED EXHIBITS
IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

06 AUGUST 2008                    William Dukes

CERTIFICATE OF SERVICE

I, WILLIAM DUKES, SWEAR UNDER PENALTY OF PERJURY THAT ON
THIS 6TH DAY OF AUGUST 2008, I MAILED THE ABOVE LISTED / ATTATCHED
EXHIBITS TO THE CLERK AT THE ABOVE ADDRESS

06 AUGUST 2008                    William Dukes

EXHIBIT 16 A

On 5-7-08, I handed Exhibit 16 B (Attached) to an officer Spears of the Jail's Division 9 on Tier 3-D, on the 2300-0700 shift (Third Shift).

On 5-20-08, I was approached by CRW Hampton (Social Worker), and he told me that the grievance (Exhibit 16B) would be processed as an appeal for grievance #2008X0534 (See Exhibits 8 and 9). This was a grievance submitted over a month earlier.

Exhibit 17, is the response I received for the above process and in this response the answer was only related to grievance #2008X0534 and not the grievance I filed on 5-7-08

This above procedure is in direct conflict with the Jail's grievance procedure and the issue raised in the 5-7-08 grievance (Exhibit 16B) was never dealt with.

HANDED TO: OFFICER 3D N.TOWER 5-7-08 PART A/CONTROL # _____ X _____

SGT. 3 O SHIFT

COOK COUNTY DEPARTMENT OF CORRECTIONS

EXHIBIT 16 B

# DETAINEE GRIEVANCE

DETAINEE LAST NAME: DUKES        FIRST NAME: WILLIAM

I D #: 2005-0022546    DIVISION: 9   TIER: 3D   DATE: 5-7-08

SUMMARY OF COMPLAINT: FOR THE PAST TWO WEEKS I HAVE BEEN

SUBMITTING NUMEROUS (7 MINIMUM) WRITTEN REQUESTS FOR MY

PRESCRIBED FLUNISOLIDE NASAL SPRAY REFILL BY PLACING AT LEAST

5 REQUESTS DIRECTLY IN ~~xxxxxxxxx~~ THE HANDS OF DIVISION

9's MEDICAL STAFF. I HAVE NOW BEEN OUT OF

THIS MEDICATION FOR OVER A WEEK. I DO NOT UNDER-

STAND WHY I AM NOT BEING GIVEN MEDICATIONS THAT

HAVE BEEN PRESCRIBED FOR ME BY A MEDICAL DOCTOR.

MEDICATIONS THAT THE PHARMACY HAS IN STOCK BECAUSE I

SEE THE PARAMEDICS GIVING THE SAME MEDICATION TO OTHER

DETAINEES.

SEE @ PRIOR GRIEVANCE #'s 2005 X 1080 ; 2006 X 0455 ;

2007 X 2528 ; 2008 X 0534 ; AND 2008 X 05 35, PLUS

MULTIPLE GRIEVANCES THAT WERE PROCESSED AS REQUESTS

ACTION REQUESTED: TO BE GIVEN MY MEDICATIONS AS PRESCRIBED SO I CAN

FOLLOW THE PHYSICIANS COURS OF TREATMENT AS DIRECTE

William Dukes

*EXHIBIT 17*

Part – B / Control #: 08 X 0534

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Dukes    First Name: William    ID# 2008-0022546

Is This Grievance An Emergency?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: Detainee States that he has been without his prescribed meds for over two weeks.

C.R.W. Referred Griev. To: Cermak    Date Referred: 03/26/08

Response Statement: Referred to Patient Care Services

| | | |
|---|---|---|
| C.S. Smith | (signature) | Date: 3/31/08 Div./Dept. |
| (print- name of individual responding to this griev.) | (signature of individual responding to this griev.) | |
| J.B. SALAZAR | (signature) 32 | Date: 4/1/8 Div./Dept. 9 |
| (print - name of Supt. / Designee / Dept. Admin.) | (signature of Supt. / Designee / Dept. Admin.) | |
| J. Mueller | (signature) | Date: 4/1/08 |
| (print - name of Prog. Serv. Admin./ Asst. Admin.) | (signature of Prog. Serv. Admin./ Asst. Admin.) | |

Date Detainee Received Response: 4/3/08    Detainee Signature: William Dukes

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 5/20/08

Detainee's Basis For An Appeal: MY MEDICATION IS STILL NOT BEING GIVEN TO ME AS PRESCRIBED DESPITE NUMEROUS WRITTEN REQUESTS SUBMITTED A WEEK OR MORE BEFORE I RUN OUT OF SAID MEDICATION(S)

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal is beyond 14 days; however, grievnace was written 3/13 and meds given on 3/19. Cream is not routinely dispensed. Documentation is on file.- Per CHS Admin.

Appeal Board's Signatures / Dates: (signature) 6/9/08   (signature) 6/9/08

Date Detainee Rec.'d the Appl. Bd.'s Response: 6/11/08    Detainee Signature: William Dukes

PROBLEM STILL EXISTS

GRIEVANCE CODE(S): (____) (____) (____) (____)

DETAINEE COPY

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

EXHIBIT 18

PART A/CONTROL # __ X __

# DETAINEE GRIEVANCE

DUKES, WILLIAM
2005·0022546 / DIV / TIER / DATE
9 / 3-B / 6/11/08

**Summary of Complaint**

On 10 June 2008, I was called to ~~Dispensar~~ The Division 9's 1:00pm Sick Call/Dispensary Line ✓ For My Quarterly Check-Up.

I Was "Seen" By A Physicians Assistant (Name ?) Not A Medical Doctor. As I Began Telling This P.A. About The Medications I Was Taking, He Suddenly States "You're Done" And "He Was Ordering ~~Up~~ An X-Ray For Me". He Also Stated, When Asked, That He Was Going To Re-new All Of My Current Prescriptions. When I Asked For My Copy Of The Prescription He Became Hostile And Verbally Abusive Toward Me, Then Refused To Give Me ~~his~~ MY Copy Of The Prescriptions He Was To Write For Me. I Was Told To Wait, By The Security Officer, Officer Belk, ~~And~~ So That She Could See If One Of The Other until the other detainees were finished Medical Staff Would Provide Me With My Copy Of The Prescriptions The P.A. Was To Have Written. ~~Which One Of~~ A Copy I Need In My Possession To Show Security If Asked. When One Of The Medical Staff Checked My File, After The P.A. who Seen Me Left The Dispensary, There Was No Prescription Written.

· 1/4 -

HIM THAT ALTHOUGH I WAS DOING OKAY WITH THREE OF MY CURRENT PRESCRIPTIONS ~~AND THE THREE~~ : GENIFIBER, 10% UREA CREAM, AND LOVASTATIN — ~~THROUGH~~ THAT I AM STILL EXPERIENCING PROBLEMS WITH TWO OF THE REMAINING MEDICATIONS I WAS PRESCRIBED. DESPITE MY TAKING THE MAXIMUM PRESCRIBED DOSE OF RANITIDINE, I AM STILL EXPERIENCING MODERATE TO SEVERE HEARTBURN THREE TIMES, OR MORE, PER WEEK. DESPITE MY FOLLOWING THE PRESCRIBED DIRECTIONS FOR MY FLUNISOLIDE NASAL SPRAY (2SPRAYS PER NOSTRIL, TWICE DAILY) I AM STILL EXPERIENCING PROBLEMS WITH CLOGGED SINUS DUE TO ALLERGIES. THIS P.A. NEVER GAVE ME A CHANCE TO REQUEST THAT I BE PLACED ON A STRONGER MEDICATION (ACID REFLUX/HEARTBURN) AND HE NEVER GAVE ME THE CHANCE TO REQUEST AN INCREASED PRESCRIBED DOSAGE OF THE NASAL SPRAY TO ALEVIATE MY CLOGGED SINUS AND RESULTING ~~BLOOD~~ REPEATED SINUS HEADACHES. THIS P.A. ALSO REFUSED TO GIVE ME THE ~~RESULTS OF THE BLOOD TEST~~ RESULTS FROM BLOOD TESTS THAT WERE DONE 2½ MONTHS AGO. WHEN I TRIED ~~TO FULLY AND REQUEST~~ TO TELL THIS P.A. THERE WAS NO NEED FOR A SINUS X-RAY BECAUSE I HAVE ALREADY HAD TWO (2) FULL SETS OF X-RAYS TAKEN OF MY SINUS

- 2/4 -

THEY WERE NOT TAKEN OF MY SINUS AREA ??? TWICE IN THE PAST 3 MONTHS OR SO I HAVE HAD 4-5 X-RAYS TAKEN OF MY FACE FROM DIFFERENT ANGLES AT EACH OF THE MY TWO VISITS TO X-RAYS BUT AS I SAID THIS P.A. WOULD NOT LISTEN TO ME BEFORE STATING "YOU'RE DONE" AND ESCORTING ME FROM THE TREATMENT ROOM.

— I NEED ALL OF THE EARLIER LISTED MEDICATIONS TO ALEVIATE SYMPTOMS THAT AFFECT MY CURRENT, AND FUTURE HEALTH.

LOVASTATIN - FOR HIGH CHLORESTEROL

GENIFIBER - CONSTIPATION / HEMMEROIDS

10% UREA CREAM - DRY, CRACKED, BLEEDING SKIN AROUND NAILS

FLUNISOLIDE NASAL SPRAY - CLOGGED SINUS, SINUS HEADACHE, SLEEP APNEA

RANITADINE - ACID-REFLUX / SEVERE HEARTBURN, ESOPHOGUS ERROSION (NEED STRONGER MEDICATION)

— I HAVE NO IDEA WHY THIS P.A. REFUSED / FAILED TO ~~PRESCRIBE~~ RENEW MY MEDICATIONS OR WHY HE REFUSED TO ALLOW ME TO DESCRIBE MY MEDICAL CONDITIONS TO HIM.

I BELIEVE THE REASON THIS P.A. HAS REFUSED TO RENEW MY MEDICATIONS, WHICH AS STATED WILL CAUSE ME TO SUFFER NEEDLESS PAIN AND PLACE MY CURRENT

- 3/4 -

... AND FUTURE HEALTH AT AN UNNECESSARY RISK, I ALSO BELIEVE THAT THE ACTIONS OF THIS P.A. IN CUTTING ME OFF OF MY MEDICATIONS — IS IN RETALIATION FOR MY FILING A §1983 CIVIL RIGHTS LAW SUIT AGAINST SEVERAL OF HIS CO-WORKERS. none of the above described medications have any type of mind altering capabilities even at extreamly high doses

ACTION REQUESTED:

I WANT TO BE INFORMED OF THIS PHYSICIAN'S ASSISTANT NAME (WORKING DIVISION 9's 7:00PM SICK CALL ON 6-11-08); AND SO THAT I CAN ADD HIM AS A DEFENDANT TO THE ABOVE STATED §1983 CLAIM TO SEE A MEDICAL DOCTOR SO THAT I CAN HAVE MY CURRENT PRESCRIPTIONS EITHER RENEWED OR CHANGED.

DETAINEE SIGNATURE: _____

C.R.W.'s SIGNATURE: _____

DATE CRW RECEIVES: ___/___/___

* Placed in the CRW HAMPTON'S
HAND 6/11/08

* AS OF 8-5-08 No RESPONSE/NEVER PROCESSED

-4/4-

REGULAR 08-1-08

DEPUTY DIRECTOR ROMERO;

SUPERINTENDENT THOMAS;

EXHIBIT 19

ON 7-31-08, CMT BRITTMAN, AT APPROX 12:15PM, WAS ON TIER 2-G TO DISTRIBUTE MEDICATIONS. SHE FLAT OUT REFUSED TO ACCEPT MY WRITTEN REQUEST FOR MY PRESCRIBED REFILLS OF GENIFIBER AND FLUNISOLIDE NASAL SPRAY. BOTH MEDICATIONS HAVE TWO (2) REMAINING REFILLS REMAINING AND THE PRESCRIPTION IS GOOD UNTIL 9-22-08. OFFICER OGLETREE WITNESSED CMT BRITTMAN'S REFUSAL TO ACCEPT MY REQUEST.

ON 8-1-08, AT APPROX 10:00AM, A WHITE MALE CMT (NAME?) WHILE ON TIER 2-G DISTRIBUTING MEDICATIONS WOULD NOT TAKE MY WRITTEN MEDICATION REQUEST BUT STATED HE WOULD TALK WITH DR. SIMS ABOUT RENEWING MY PRESCRIPTIONS. ??? HE WOULD NOT EVEN LOOK AT THE COPY OF THE PRESCRIPTION I HAVE IN MY POSSESSION. HAD HE LOOKED AT MY PRESCRIPTION HE WOULD HAVE SEEN THERE WAS NO NEED FOR A RENEWAL, MY PRESCRIPTION WAS GOOD UNTIL 9-22-08, AND DR SIMS WASN'T THE ONE WHO WROTE THE PRESCRIPTION.

I WAS DUE TO RECEIVE MY NASAL SPRAY ON 7-26-08 AND I BEGAN SUBMITTING WRITTEN MEDICATION REQUESTS FOR MY REFILL ON 7-18-08. I BEGAN MAKING WRITTEN REQUESTS FOR THE GENIFIBER REFILL ON 7-22-08 WHICH WAS DUE TO RECEIVE ON 7-30-08. OTHER DETAINEES ARE ON THE SAME MEDS.

WILL YOU PLEASE HELP ME TO RECEIVE MY MEDICATIONS, I SPOKE TO YOU IN THE LAW LIBRARY THIS SAME ISSUE ABOUT TWO (2) MONTHS AGO (SUPT. THOMAS) ONGOING PROBLEM THAT SEEMS TO OCCUR EVERY MONTH. THANK YOU

William Dukes

GIVEN TO SGT CALVIN (MARKED *URGENT MEDICAL) WILLIAM DUKES    2-G
IN 8-1-08 IN SEALED    5-0022546
INVELOPE — 1 OF 2 SENT    CC    JUDGE DAVID M. COAR 08-C-2163



*EXHIBIT 22*



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

# DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _William Dukes_    Today's Date: _7-27-08_

ID #: _2 0 0 5 - 0 0 22546_ Division: _9_ Tier: _2G_ Birth Date: _12-16-1967_
   (Booking Year)   (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM **USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.** EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: _Can I Please Have The Prescribed Flunisolide Nasal Spray Refill That I Was Due To Receive 7-26-08 I Began Submitting Written Requests For This Refill Over A Week Before I Ran Out Of This Medication On 7-1-08 I Was Given A 25 Day Supply Of This Medication And I Am Now Out_

How long have you had this problem?_____days / weeks / months (circle one)

Next Court Date: _9-4-08 + 9-8-08_

_CC:_
## !!!STOP!!!  DO **NOT** WRITE BELOW THIS LINE
_CMT Supervisor CHS_
_Director CHS; Mr. Anthony Maverick; CHS Administration Mr. Melvin Jewers_

Referred to: ☐ Medical ☐ Dental ☐ Mental Health ☐ Health Educator ☐ DOC    Date:

**Initial Provider Note:** _____

_____

_____

_____

_____

Signature/Title:_____Date:_____Time:_____

**Secondary Disposition:** (as indicated): Recommended Follow-up: ☐ Sick Call    ☐ PRN

Signature/Title:_____ _____Date:_____Time:_____

**Appointment Scheduler:**

Appointment Date:_____

Signature/Title:_____

Date:_____Time:_____

PATIENT LABEL

Form#: 86322  Rev: March 2006