②

**FILED**
*A Copy Served On Each Defendant

LCW

MHK

AUG 2 1 2008
AUG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The Honorable
David H. Coar

Sunday August 17, 2008

Re: William Dukes vs.
Tom Dart, Et Al.
08-C-2163

**NOTICE OF CHANGE OF ADDRESS**

Your Honor

Please be advised that on 16 August 2008, I was transferred from the Cook County Department of Corrections — by the Cook County Department of Corrections to the Jefferson County Jail, over 300 miles from the City of Chicago to be held in custody for the Cook County Department of Corrections. My only charges are in Cook County.

This transfer is nothing more than retaliation for my exercising my rights to access the courts (ie the above numbered complaint). I am not allowed my medications that were prescribed by a Cook County Jail Doctor on 30 June 2008 and is good until 22 September 2008. Despite my being transferred with said medications, the Jefferson County Jail refuses to allow me to take them.

This letter is also being sent to each of the defendants named in the above numbered cause and I beg and pray that you grant the ~~enclosed~~ Attached Motion for Injunction. Thank You

Respectfully
William Dukes

William Dukes
℅ Jefferson County Jail
911 Casey Ave.
Mt. Vernon, Illinois 62864