In The United States District Court
For The Northern Dist. Of Illinois
Eastern Division.

① William Dukes (2005-0022546)

Plaintiff

Vs.

Tom Dart, et al.

Defendants

Motion For Injunction Transfer Custody Of Plaintiff Back To Cook County Jail, Chicago

Case No: 08-C-2163

David H. Coar, Judge Presiding

08 CV 2163

FILED MHN
LCW
AUG 21 2008
AUG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Now Comes William Dukes And Respectfully Begs This Court To Enter An Injunction Ordering That The Plaintiff Be Returned To His Original Place Of Custody. In Support Of This Motion The Plaintiff Asserts The Following:

① On 16 August 2008, Plaintiff Was Transferred To The Jefferson County Jail In Mt. Vernon, Illinois - Over 300 Miles From The City Of Chicago, To Be Held For The Cook County Dept. Of Corrections;

② The Transfer Met None Of The Cook County Department Of Corrections' Criteria For Such A Transfer: i.e. ① Persons With Serious Disciplinary Infractions, ② Persons With Positions Of Authority In Gangs Or Organized Crime Organizations, Or ③ Persons With Court Dates More Than 60 Days Away;

③ Plaintiff Meets None Of The Above Criteria, His Next Court Date Was Only 18 Days Away At Time Of Said Transfer;

④ The Only Reason For Said Transfer Was To Punish The Plaintiff For His Filing Of The Above Numbered Cause Against Employees/Affiliates (Cermak Health Services) Of The Cook County Department Of Corrections (CCDOC).

⑤ [struck through text, illegible]

-1-

① 

⑤ THE JCJ HAS NO VIABLE LAW LIBRARY AVAILABLE TO THE DETAINEES IT HOUSES NOR DO THEY PROVIDE ANY ALTERNATIVE TYPE OF LEGAL ASSISTANCE TO THE DETAINEES THEY HOUSE — EVEN WHEN THOSE DETAINEES ARE HOUSED FOR THE CCDOC, THE CCDOC HAS NUMEROUS LAW LIBRARIES. WITH OUT LAW LIBRARY ACCESS PLAINTIFF CANNOT SUFFICIENTLY ACCESS THE COURTS TO PRESENT THE ABOVE NUMBERED CLAIM;

⑥ THE PLAINTIFF IS FACING NO OTHER CRIMINAL CHARGES ANYWHERE OTHER THAN @ COOK COUNTY, ILLINOIS;

⑦ THE PLAINTIFF WAS HOUSED IN THE CCDOC FOR THE LAST 4½ YEARS, THE LAST 21 MONTHS BEING ON A 40 AND OLDER UNIT OF THE CCDOC's DIVISION 9;

⑧ FOR THE LAST 21 MONTHS PLAINTIFF WAS HOUSED ON THE 40 AND OLDER UNIT PLAINTIFF WAS WELL ADJUSTED WITH FEW PROBLEMS AND NO DISCIPLINARY INFRACTIONS AND HE WAS NOT SLEEPING ON THE FLOOR (THIS UNIT ALSO HOUSED SEVERAL DETAINEES UNDER 40 YEARS OF AGE — PLAINTIFF WASN'T THE YOUNGEST ON THIS UNIT AND THEREFORE WAS NOT MOVED TO MAKE ROOM FOR AN OLDER DETAINEE AS NONE YOUNGER THAN 40 WERE MOVED, ONLY PLAINTIFF;

⑨ EVEN THOUGH PLAINTIFF HAD A VALID PRESCRIPTION GOOD UNTIL 22 SEPTEMBER 2008, AS WELL AS SAID MEDICATIONS (AS NAMED IN COMPLAINT) THE JCJ REFUSED TO ALLOW PLAINTIFF TO TAKE HIS MEDICATIONS.

WHEREFORE, THE ABOVE STATED REASONS THE PLAINTIFF BEGS AND PRAYS THIS COURT WILL GRANT THIS MOTION AND ISSUE AN INJUNCTION ORDERING THE COOK COUNTY DEPARTMENT OF

-2-

(1) Corrections to immediately return the plaintiff to his original place of custody — with ALL personal property and legal work, and refrain from any other type of retaliation or punishment due to plaintiff's exercise of his constitutional rights.

Respectfully Submitted: /s/ William Dukes

William Dukes
c/o Jefferson County Jail
911 Casey Ave.
Mt. Vernon, Illinois 62864

AFFIDAVIT

I, William Dukes, swear under penalty of perjury that all information and assertions contained herein are true and correct to the best of my knowledge and belief.

17 August 2008
DATED

/s/ William Dukes
SIGNED

CERTIFICATE OF SERVICE

I, William Dukes, swear and affirm under penalty of perjury that on this 17th day of August 2008, I served the above motion and attached letter (to Judge David H. Coar, also dated 17 Aug '08) to all of the defendants at the Cook County Jail's Cermak Health Services. I also served a copy on Salvadore Godinez, Executive Director of the Cook County Jail, by placing same, with sufficient postage, in the mail at the Jefferson County Jail.

/s/ William Dukes

- 3 -

(1)

\* A Copy Served On Each Defendant

The Honorable
David H. Coar

Sunday August 17, 2008

Re: William Dukes vs.
Tom Dart, et. al.
08-C-2163

Your Honor

Please Be Advised That On 16 August 2008, I Was Transferred From The Cook County Department Of Corrections - By The Cook County Department Of Corrections To The Jefferson County Jail - Over 300 Miles From The City Of Chicago To Be Held In Custody For The Cook County Department Of Corrections. My Only Charges Are In Cook County.

This Transfer Is Nothing More Than Retaliation For My Exercising My Rights To Access The Courts (ie. The Above Numbered Complaint). I Am Not Allowed My Medications That Were Prescribed By A Cook County Jail Doctor On 30 June 2008 And Is Good Until 22 September 2008. Despite My Being Transferred With Said Medications, The Jefferson County Jail Refuses To Allow Me To Take Them.

This Letter Is Being Sent To Each Of The Defendants Named In The Above Numbered Cause And I Beg And Pray That You Grant The Attached Motion For Injunction. Thank You

William Dukes
c/o Jefferson County Jail
911 Casey Ave
Mt. Vernon, Illinois
62864

Respectfully Submitted
William Dukes