NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED** HHN
LW

AUG 2 6 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM DUKES

      PLAINTIFF

Vs.

THOMAS DART, et. al.

      DEFENDANTS

ADDENDUM TO MOTION FOR

EMERGENCY INJUNCTION

DATED RECEIVED Aug. 4, 2008

CASE No: 08-C-2163

DAVID H. COAR, JUDGE PRESIDING

    NOW COMES WILLIAM DUKES AND RESPECTFULLY PRAYS THIS COURT TO ADD THIS ADDENDUM TO HIS ORIGINAL MOTION FOR EMERGENCY INJUNCTION (TO BE PROVIDED PRESCRIBED MEDICATIONS) DATED AS RECEIVED BY THE CLERK ON Aug. 4, 2008, TO BE MADE A PART THEREOF. PLAINTIFF WISHES TO ADD THE FOLLOWING:

1. AS OF 16 AUGUST 2008, PLAINTIFF WAS TRANSFERED TO THE JEFFERSON COUNTY JAIL (JCJ) ~~TRANSFERED~~ BY THE COOK COUNTY DEPT. OF CORRECTIONS (CCDOC) TO BE HELD IN CUSTODY FOR THE CCDOC (TRANSFER BACK AND FORTH CAN OCCUR AT ANYTIME);

2. THIS TRANSFER WAS PUNATIVE AND ARBITRARY AND WAS DONE SOLELY TO HARRASS THE PLAINTIFF. IT WAS ALSO DONE WITH THE INTENT TO PUNISH THE DEFENDANT FOR PURSUING THIS §1983 COMPLAINT AGAINST MEMBERS OF THE CCDOC's CERMAK HEALTH SERVICES EMPLOYEES, AS THE PLAINTIFF WAS PLACED IN ADMINISTRATIVE SEGREGATION IN SOLITARY CONFINEMENT AT THE JCJ;

3. UPON INTAKE AT THE JCJ ALL MEDICATIONS WERE CONFISCATED BY THE JCJ STAFF DESPITE PLAINTIFF'S DISPLAY OF A VALID PRESCRIPTION. THE CCDOC DID NOT FORWARD PLAINTIFFS MEDICAL RECORDS WITH

-1-

Plaintiff's Transfer File.

4. Medications Confiscated Were: ① Omeprazole, For Acid-Reflux Disease/Esophagus Erosion; ② Lovastatin, For High Chloresterol; ③ Flunisolide Nasal Spray, For Severe Allergies (Plugged Sinus, Sinus Headache, Sleep Apnea); And ④ Psyllium Fiber, For Cronic Constipation (Irritable Bowel Syndrome) And Hemeroidal Flare-Up Prevention. With The Exception Of The Lovastatin Plaintiff's Failure To Use The Remaining Medications Has Resulted In Returned And Continuous Pain;

5. After Three Days At The JCJ, A Nurse That Never Spoke With Plaintiff, Approved His Taking Of The Omeprazole And Lovastatin Medications, But Canceled Plaintiff's Remaining Medications ← Medications That Were Prescribed For Plaintiff By A Licensed Physician Of The State Of Illinois. Said Prescription (Copy) Was Given To JCJ Staff On Arrival And Again On 17 August 2008 By Plaintiff;

6. Plaintiff Is Still In The Custody Of The CCDOC Only He Is Houses At A Satalite Location. Plaintiff Will Be Adding Several Defendants To His Complaint Including But Not Limited To The Director Of The CCDOC, The Sheriff Of Jefferson County, Illinios And The Day Nurse At The JCJ Who Are All Now Additionally Causing Plaintiff To Be Denied Medications Prescribed To Him For Serious Medical Needs And Suffer Needless Pain;

7. Since The Jefferson County Jail And It's Administration/Staff Are Acting As An Arm Of The CCDOC, Plaintiff Asks That This Requested Emergency Injunction

ALSO ORDER THE JEFFERSON COUNTY JAIL AND/OR IT'S
MEDICAL STAFF TO PROVIDE ME WITH MEDICATIONS THAT HAVE
BEEN ~~PRESCRIPTIONED~~ PRESCRIBED FOR ME AS A MEDICALLY
ORDERED COURSE OF TREATMENT BY A LICENSED PHYSICIAN
OF THE STATE OF ILLINOIS AT THE COOK COUNTY DEPT. OF.
CORRECTIONS, THE SAME CCDOC RESPONSIBLE FOR MY JCJ CUSTODY;

8. WITHOUT THE ABOVE LISTED MEDICATIONS PLAINTIFF IS IN
ALMOST CONTINUOUS PAIN, PAIN THAT IS EASILY ABATED
WITH SAID MEDICATIONS;

WHEREFORE, THE ABOVE STATED REASONS PLAINTIFF BEGS THIS
ADDENDUM BE MADE PART OF HIS ORIGINAL MOTION FOR INJUNCTION
RECIEVED BY THE COURT ON 4 AUGUST 2008.

PLAINTIFF APOLOGIZES IF THIS MOTION IS NOT PROPERLY FORMATED
~~AS HE IS CURRENTLY IN SOLITARY-CONFINEMENT SEGREGATION~~ WITH NO
ACCESS TO A VIABLE LAW LIBRARY. THANK YOU.

WILLIAM DUKES
% JEFFERSON COUNTY JAIL                      RESPECTFULLY SUBMITTED
911 CASEY AVE                                    William Dukes
MT. VERNON, ILLINOIS

---

### AFFIDAVIT

I WILLIAM DUKES SWEAR AND UNDER PENALTY OF PERJURY THE ABOVE TO BE TRUE
AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.
__20 AUGUST 2008__                               William Dukes

---

### CERTIFICATE OF SERVICE

I, WILLIAM DUKES SWEAR THAT ON THIS 20TH DAY OF AUGUST, 2008, I PLACED
THE ABOVE MOTION FOR ADDENDUM IN THE MAIL WITH SUFFICIENT POSTAGE AT THE JEFFERSON
COUNTY JAIL ADDRESSED TO EACH OF THE DEFENDANTS NAMED IN MOTION FOR INJUNCTION AS
STATED HEREIN, AND I ALSO MAILED A COPY TO SALVADORE GODINEZ DIRECTOR OF THE CCDOC
AS WELL AS SHERIFF DART OF COOK COUNTY, ILLINOIS.
    IN ADDITION I ALSO PLACED THREE COPIES IN THE HANDS OF THE JEFFERSON COUNTY JAIL
STAFF ATTENTION ① SHERIFF OF JEFFERSON COUNTY, ILLINOIS; ② JEFFERSON COUNTY JAIL
DIRECTORS/ADMINISTRATORS, AND ③ THE DAY NURSE/SUPERVISING NURSE OF THE JEFFERSON
COUNTY JAIL.

__20 AUGUST 2008__                               William Dukes

-3-