FILED
MH+N
AUG 2 6 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM DUKES (2005-0022546) PLAINTIFF. | RECONSIDERATION MOTION FOR THE APPOINTMENT OF COUNSEL |
| Vs. | |
| TOM DART, et. al. DEFENDANTS | CASE NO: 08-C-2163 DAVID H. COAR, JUDGE PRESIDING |

NOW COMES WILLIAM DUKES, PURSUANT TO 28 U.S.C. §1915(e)(1), AND RESPECTFULLY MOVES THIS HONORABLE COURT FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS CASE.

IN SUPPORT OF THIS MOTION, PLAINTIFF STATES AS FOLLOWS:

1. PLAINTIFF IS UNABLE TO AFFORD COUNSEL. HE HAS BEEN GRANTED LEAVE TO PROCEED "INFORMA PAUPERIS" IN THE ABOVE NUMBERED CASE;

2. PLAINTIFF'S IMPRISONMENT WILL GREATLY LIMIT HIS ABILITY TO LITIGATE AS THE ISSUES INVOLVED IN THIS CASE ARE AND/OR WILL BECOME COMPLEX, AND WILL REQUIRE SIGNIFICANT RESEARCH AND INVESTIGATION. PLAINTIFF HAS LIMITED ACCESS TO THE JAIL'S LAW LIBRARY AND LIMITED KNOWLEDGE OF THE LAW;

3. THE CCDOC'S LAW LIBRARY IS INADEQUATE AS IT'S RESEARCH BOOKS ARE AT LEAST TWO (2) YEARS OLD OR OLDER (IE SHEPPARD'S GUIDES, WEST LAW KEYS, etc.). THERE IS SOME INFORMATION ON A COMPUTER SYSTEM, A SYSTEM THAT THE LAW LIBRARY STAFF ARE NOT PROPERLY TRAINED/LITERATE IN IT'S USE. DETAINEES CANNOT USE THESE COMPUTERS;

3A. THIS MOTION WAS DRAFTED ON 15 AUGUST 2008, WHILE PLAINTIFF WAS STILL HOUSED AT THE COOK COUNTY DEPT. OF CORRECTIONS (CCDOC).

AS OF 16 AUGUST 2008, PLAINTIFF WAS TRANSFERED TO THE JEFFERSON COUNTY JAIL 300 PLUS MILES SOUTH OF CHICAGO TO BE HELD IN CUSTODY FOR THE CCDOC;

3B. THE JEFFERSON COUNTY JAIL HAS NO LAW LIBRARY OR ANY ALTERNATE FORM OF ASSISTANCE FOR DETAINEES TO UTILIZE CONCERNING LEGAL ISSUES. THERE ARE ONLY A 2004 AND A 2008 EDITION OF THE ILLINOIS COMPILED STATUTES AND A 2008 FEDERAL STATUTES BOOK AND THAT IS ALL THAT IS AVAILABLE TO JEFFERSON COUNTY JAIL (JCJ) DETAINEES;

---

3C. THE MEAGER FUNDS AVAILABLE TO PLAINTIFF ARE BEING HELD AT THE CCDOC RENDERING PLAINTIFF'S ABILITY TO PAY FOR POSTAGE OF LEGAL MAIL NON-EXISTANT AFTER HIS CURRENT SUPPLY (6 STAMPS) IS EXHAUSTED. THE CCDOC PROVIDES POSTAGE FOR DETAINEE'S LEGAL MAIL FOR THE DETAINEES HOUSED AT THE CCDOC BUT NOT FOR THE DETAINEES HOUSED FOR THE CCDOC AT THE JCJ;

ADD TO PAGE FOUR (4)

5D. SINCE THE 15 AUGUST 2008, DRAFTING OF THIS MOTION AND PLAINTIFF'S SUBSEQUENT 16 AUGUST 2008 TRANSFER TO JCJ HE IS AND WILL BE GREATLY HAMPERED IN RECEIVING RESPONSES TO THE LISTED ATTORNEY SOLICITATIONS AS IT WILL TAKE A MONTH OR MORE FOR CCDOC TO FORWARD PLAINTIFF'S MAIL.

4. A TRIAL IN THIS CASE WILL LIKELY INVOLVE CONFLICTING TESTIMONY AND COUNSEL WOULD BETTER ENABLE PLAINTIFF TO PRESENT EVIDENCE AND CROSS-EXAMINE WITNESSES;

5. PLAINTIFF HAS MADE NUMEROUS EFFORTS TO OBTAIN REPRESENTATION FOR THIS CASE. THE FOLLOWING ARE ATTORNEYS AND/OR FIRMS TO WHICH PLAINTIFF HAS WRITTEN:

A. ON 19 MARCH 2008, PLAINTIFF WROTE TO THE FOLLOWING:

1. THOMAS G. MORRISSEY, CHICAGO, ILLINOIS 60643
2. KENNETH N. FLAXMAN, CHICAGO, ILLINOIS 60604
3. ROBERT J. KOPECKI OF KIRKLAND + ELLIS, CHICAGO, ILLINOIS 60601
4. MICHAEL RALSTON OF HOPKINS + SUTTER, CHICAGO, ILLINOIS 60602
5. JANICE L. DURAN OF RUDNICK + WOLFE, CHICAGO, ILLINOIS 60601

(TO DATE PLAINTIFF HAS RECEIVED NO RESPONSE TO THE ABOVE INQUIRIES)
(SEE FORM LETTER PLAINTIFFS EXHIBIT D)

B. ON 11 JULY 2008, PLAINTIFF WROTE TO THE FOLLOWING ATTORNEYS AND/OR FIRMS WITH THE ATTACHED FORM LETTER (PLAINTIFF'S EXHIBIT A), WITH PLAINTIFF'S "STATEMENT OF CLAIM" (SEE CURRENT COMPLAINT ON FILE);

1. ANGELA C. VIGIL, BAKER + MCKENZIE, CHICAGO, ILLINOIS 60601
2. STEPHEN HANLON OF HOLLAND + KNIGHT, CHICAGO, ILLINOIS 60603
3. JACK BLOCK OF SACNOFF + WEAVER, CHICAGO, ILLINOIS 60606
4. RICHARD F. O'MALLEY OF SIDNEY + AUSTIN, CHICAGO, ILLINOIS 606 03
5. KIMBALL R. ANDERSON OF WINSTON + STRAWN, CHICAGO, ILLINOIS 60601-9703
6. AMOS E. HARSTON OF LATHAM + WATKINS, CHICAGO, ILLINOIS 60606
7. JACK GRAFF OF LORD BISSELL + BROOK, CHICAGO, ILLINOIS 60606
8. MARC R. KANSH OF MAYER BROWN ROWE + MAW, CHICAGO ILLINOIS 60606
9. JOSEPH M. RUSSELL OF KIRKLAND + ELLIS, CHICAGO, ILLINOIS 60601
10. JOHN HOWARD ASSOC. OF ILLINOIS; CHICAGO, ILLINOIS 60606

(TO DATE PLAINTIFF HAS RECEIVED NO REPLY TO ABOVE CORRESPONDENCE)
(THE ABOVE ARE POSTED AS PRO BONO IN JAIL'S DIV. 9 LAW LIBRARY)

C. ON AUGUST 13, 2008, PLAINTIFF MAILED THE ATTACHED FORM LETTER WITH COPIES OF PLAINTIFF'S "STATEMENT OF CLAIM" AND PAGE ONE

OF THIS CASES DOCUMENT NUMBER 18 RECEIVED BY THE PLAINTIFF FROM THE COURT ON 08 AUGUST 2008 (ATTACHED AS PLAINTIFF'S EXHIBITS B AND C):

1. THOMAS G. MORRISSEY LTD, CHICAGO, ILLINOIS 60643
2. KENNETH N. FLAXMAN P.C., CHICAGO, ILLINOIS 60604
3. NICOLE B. BAZER, CHICAGO, ILLINOIS 60604-3502
4. WILLIAM BLAKE BEATTIE, SCHAUMBURG, ILLINOIS 60173
5. JASON R. CRADDOCK, SAUK VILLAGE, ILLINOIS 60412
6. THOMAS C. CROOKS, CHICAGO, ILLINOIS 60602
7. MARY F. DESLOOVER, CHICAGO, ILLINOIS 60605
8. DARRYL A. GOLDBERG, CHICAGO, ILLINOIS 60602
9. ADAM J. GOLDSTEIN, CHICAGO, ILLINOIS 60601
10. DONYELL L. GRAY, CHICAGO, ILLINOIS 60604
11. DEBRAI G. HAILE, CHICAGO, ILLINOIS 60610
12. ROBERT J. KERR, CHICAGO, ILLINOIS 60626-3209

(ALL OF THE ABOVE ATTORNEYS ARE LISTED IN THE SULLIVAN'S DIRECTORY AS CIVIL RIGHTS, CIVIL LAW, AND OR CLASS ACTION ATTORNEYS.) (NO RESPONSE AS OF DATE OF THIS FILING)

* SEE ADDENDUM ON PAGE # 2;

WHEREFORE, PLAINTIFF AGAIN RESPECTFULLY REQUESTS THIS HONORABLE COURT TO APPOINT COUNSEL TO REPRESENT HIM IN THE ABOVE NUMBERED CAUSE BASED UPON THE ABOVE STATED ASSERTIONS.

RESPECTFULLY SUBMITTED

William Dukes

WILLIAM DUKES
2005-0022546
P.O. BOX 089002
CHICAGO, ILLINOIS 60608

## AFFIDAVIT

I, WILLIAM DUKES, SWEAR UNDER PENALTY OF PERJURY, THAT ALL ASSERTIONS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

21 AUGUST 2008 — DATED

William Dukes — SIGNATURE



_______________, 2008

HEADING WAS ONLY THING CHANGED / PLACED HERE




RE: WILLIAM DUKES VS. TOM DART ,et.al.
08-C-2163, JUDGE DAVID H. COAR

DEAR _______________,

PLEASE FIND ENCLOSED A COPY OF MY "STATEMENT OF CLAIM" FROM MY §1983 COMPLAINT THAT I HAVE FILED AGAINST VARIOUS DEFENDANTS OF THE COOK COUNTY JAIL'S HEALTH CARE PROVIDER - CERMAK HEALTH SERVICES.

THIS COMPLAINT IS OVER SAID DEFENDANTS' REPEATED REFUSAL TO ENSURE THAT I RECEIVE PRESCRIBED MEDICATIONS SO THAT I CAN FOLLOW MEDICALLY ORDERED COURSES OF TREATMENT.

I ASK THAT YOU PLEASE CONSIDER REPRESENTING ME ON EITHER A PRO BONO OR CONTINGENCY BASIS AS I AM UNABLE TO NAVIGATE THE INTRICACIES OF PRESENTING MY CLAIM TO THE COURTS. I HAVE DOCUMENTED MY ALLEGATIONS VERY WELL AND WHAT I HAVE BEEN UNABLE TO DOCUMENT - THE JAIL HAS DOCUMENTED FOR ME...

IN CLOSING , I THANK YOU FOR YOUR TIME AND I LOOK FORWARD TO HEARING FROM YOU IN THE NEAR FUTURE.

SINCERELY

_______________

WILLIAM DUKES #2005-0022546
P.O. BOX 089002
CHICAGO , ILLINOIS
60608

[HEADING WAS ONLY THING CHANGED/PLACED HERE]

_______________, 2008




RE: WILLIAM DUKES VS. TOM DART ,et.al.
08-C-2163, JUDGE DAVID H. COAR

DEAR _______________,

PLEASE FIND ENCLOSED A COPY OF MY "STATEMENT OF CLAIM" FROM MY §1983 COMPLAINT THAT I HAVE FILED AGAINST VARIOUS DEFENDANTS OF THE COOK COUNTY JAIL'S HEALTH CARE PROVIDER - CERMAK HEALTH SERVICES.

THIS COMPLAINT IS OVER SAID DEFENDANTS' REPEATED REFUSAL TO ENSURE THAT I RECEIVE PRESCRIBED MEDICATIONS SO THAT I CAN FOLLOW MEDICALLY ORDERED COURSES OF TREATMENT.

I ASK THAT YOU PLEASE CONSIDER REPRESENTING ME ON EITHER A PRO BONO OR CONTINGENCY BASIS AS I AM UNABLE TO NAVIGATE THE INTRICACIES OF PRESENTING MY CLAIM TO THE COURTS. I HAVE DOCUMENTED MY ALLEGATIONS VERY WELL AND WHAT I HAVE BEEN UNABLE TO DOCUMENT - THE JAIL HAS DOCUMENTED FOR ME...

ADDITIONALLY, I AM ENCLOSING PAGE ONE OF THE MOST RECENT COURT RULING I HAVE RECEIVED STATING: "PLAINTIFF HAS SUFFICIENTLY STATED A CLAIM OF DELIBERATE INDIFFERENCE AGAINST DEFENDANTS * * *."

IN CLOSING, I THANK YOU FOR YOUR TIME AND I LOOK FORWARD TO HEARING FROM YOU IN THE NEAR FUTURE.

SINCERELY

_______________

WILLIAM DUKES
#2005-0022546
P.O. BOX 089002
CHICAGO, ILLINOIS
60608

Coar Motion



PLAINTIFF'S EXHIBIT C

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2163 | DATE | July 30, 2008 |
| CASE TITLE | William Dukes (2005-0022546) v. Tom Dart, et al. | | |

DOCKET ENTRY TEXT

Plaintiff may proceed with his amended complaint [16]. The clerk is directed to issue summons for service of the amended complaint by the U.S. Marshal on the following defendants: Anthony Maverick, Melvin Jenkins, Patton, Lacey, and Brittman. The other defendants are dismissed. The clerk shall send a magistrate judge consent form and filing instructions along with a copy of this order to plaintiff. Plaintiff's duplicate amended complaint [12] is stricken.

■ **[For further details see text below.]** Docketing to mail notices.

## STATEMENT

Plaintiff, William Dukes (2005-0022546), an inmate at the Cook County Jail, has submitted an amended complaint as instructed in the Court's May 28, 2008 order. Plaintiff submitted the amended complaint twice – once at the same time the Court granted plaintiff an extension of time to file it, and then again just after the Court entered the extension-of-time order. The Court will consider the later filed amended complaint.

In plaintiff's prior complaint, he sought to raise unrelated claims against different defendants. His current complaint seeks relief for defendants' failure to ensure that plaintiff received his medication in jail. Specifically, plaintiff states that he has been unable to obtain his medication for an acid-reflux condition, hemorrhoids, a cholesterol condition, and a sinus condition. Plaintiff states that he submitted grievances and wrote letters to the defendants, but that they repeatedly ignored his complaints, and thus condoned the actions of their subordinates by not intervening.





Preliminary review of the current amended complaint, *see* 28 U.S.C. § 1915A, reveals that plaintiff has sufficiently stated a claim of deliberate indifference against the defendants with respect to plaintiff's contentions that he was unable to receive his medications. *See Ross v. Town of Austin, Ind.,* 343 F.3d 915, 918 (7th Cir. 2003); *Chavez v. Cady*, 207 F.3d 901, 906 (7th Cir.2000). A more detailed record may show that plaintiff's claims are without merit; however, the defendants must respond to the allegations in the current complaint. **(CONTINUED)**

| | isk |
|---|---|

MONDAY, MARCH 03, 2008

HEADING WAS ONLY THING I CHANGED/PLACED HERE

COUNSEL MOTION

PLAINTIFF'S EXHIBIT D

RE: CIVIL RIGHTS LAW SUIT REPRESENTATION ON CONTINGENCY BASIS

DEAR

MY NAME IS WILLIAM DUKES (#2005-0022546) AND I AM WRITING TO REQUEST YOUR REPRESENTATION WITH THE ENCLOSED 1983 SUIT THAT I HAVE FILED AGAINST THE COOK COUNTY DEPT. OF CORRECTIONS AND SEVERAL OF ITS EMPLOYEES CONCERNING THEIR DELIBERATE INDIFFERENCE TO MY (AND OTHERS) SERIOUS MEDICAL AND DENTAL NEEDS ON A CONTINUING BASIS. ALSO ENCLOSED ARE SEVERAL COPIES OF LETTERS AND GRIEVANCES FILED OR SENT BY ME INFORMING, REPEATEDLY, THE NAMED INDIVIDUALS OF MY SERIOUS MEDICAL AND DENTAL NEEDS.

I HOPE YOU CAN ASSIST ME AND I LOOK FORWARD TO HEARING FROM YOU SOON. THANK YOU.

SINCERELY,

William Dukes

William Dukes #2005-0022546
P.O. Box 089002 / DIV 9-3D
CHICAGO, IL.
60608