UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 3 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM DUKES
    PLAINTIFF
Vs.
THOMAS DART, et. al.
    DEFENDANTS

MOTION OF DISCOVERY TO IDENTIFY
JOHN AND JANE DOE DEFENDANTS
CASE NO: 08-C-2163
DAVID H. COAR, JUDGE PRESIDING

Now comes William Dukes and respectfully motions this Honorable Court to enter an Order directing the Cook County Department of Corrections And/Or Cermak Health Services to provide to the Plaintiff the following information:

1. The full name of the person known as the Director (Chief Executive Officer) of Cermak Health Services;

2. A list stating the full names and positions of All Pharmacy Staff/Pharmacists responsible for dispensing medications to detainees at the Cook County Department of Corrections employeed by Cermak Health Services;

3. All of Plaintiff's attempts to obtain the above have failed.

Wherefore, Plaintiff prays this Court grant this motion and enter an order directing Plaintiff be provided with the above information by the Cook County Department of Corrections and Cermak Health Services so that Plaintiff can properly name the John and/or Jane Doe Defendants identified in his Complaint.

WILLIAM DUKES
JEFFERSON COUNTY JAIL
911 CASEY AVE
MT VERNON, ILLINOIS 62864

RESPECTFULLY SUBMITTED
William Dukes   8-24-2008

## AFFIDAVIT

I WILLIAM DUKES SWEAR UNDER PENALTY OF PERJURY THAT ALL INFORMATION CONTAINED IN THE PLAINTIFFS' MOTION TO WITHDRAW ADDENDUM AND PLAINTIFF'S MOTION TO DISCOVER IDENTITY OF JOHN AND JANE DOE DEFENDANTS IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

28 AUGUST 2008                                William Dukes

## CERTIFICATE OF SERVICE

I WILLIAM DUKES SWEAR UNDER PENALTY OF PERJURY THAT I SERVED A COPY OF PLAINTIFF'S MOTION TO WITHDRAW ADDENDUM UPON SALVADORE GODINEZ DIRECTOR OF THE CCDOC AS WELL AS SHERIFF DART OF COOK COUNTY ILLINOIS BY PLACING SAME IN THE OUTGOING MAIL AT THE JEFFERSON COUNTY JAIL AND I HANDED THREE COPIES TO A JEFFERSON COUNTY JAIL OFFICER MARKED ATTENTION: (1) SHERIFF JEFFERSON COUNTY, ILLINOIS, (2) JEFFERSON COUNTY JAIL DIRECTORS/ADMINISTRATORS, AND (3) THE DAY NURSE/SUPERVISING NURSE OF THE JEFFERSON COUNTY JAIL ON THIS 24TH DAY OF AUGUST 2008. ADDITIONALLY, I MAILED A COPY OF THE MOTION TO DISCOVER IDENTITY TO SALVADORE GODINEZ, EXECUTIVE DIRECTOR OF THE COOK COUNTY DEPT. OF CORRECTIONS AND ACTING DIRECTOR OF CERMAK HEALTH SERVICES ON THIS 24TH DAY OF AUGUST 2008.

28 AUGUST 2008                                William Dukes