United States District Court
Northern District Of Illinois
Eastern Division

FILED
Sep 3, 2008
SEP 3 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

William Dukes
  Plaintiff

Vs.

Thomas Dart, et. al.
  Defendants

Motion To Withdraw Addendum
Filed By Plaintiff On 21 August 2008

Case No: 08-C-2163
David H. Coar, Judge Presiding

Now Comes William Dukes And Respectfully Withdraws His Earlier Motion For Addendum Mailed To This Honorable Court On 21 August 2008. To Support This Motion Plaintiff Asserts The Following:

1. The Medication Denials By The Medical Staff/Nurse Of The Jefferson County Jail That Were Being Perpitrated Upon Plaintiff Have Been Resolved;

2. Immediately Upon Being Handed Their Notice Of Plaintiff's Addendum Plaintiff Was Allowed To Follow The Course Of Treatment Ordered By A Cook County Dept. Of Corrections Doctor And Given Access To Medications Prescribed To Him.

Wherefore, Plaintiff Prays This Court Will Allow This Motion And Withdraw The Addendum Motion Mailed To The Court On 21 August 2008.

Respectfully Submitted
*William Dukes*

William Dukes
Jefferson County Jail
911 Casey Ave.
Mt. Vernon, Illinois 62864