

In The United States Circuit Court
For The Northern Dist Of Illinois
Eastern Division

FILED
Sep 5 2008
SEP 5 2008  MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

William Dukes
  Plaintiff

Vs.

Tom Dart, et. al.
  Defendants

Motion To Withdraw Motion For Injunction Seeking Transfer Back To Cook County Jail / Motion To Order Plaintiff Held In The Jefferson County Justice Center (Jail)

08cv2163
Case No: 08-C-2163

David H. Corr, Judge Presiding

Now Comes William Dukes And Respectfully Moves This Honorable Court To Forgive His Abruptness In Filing His Motion Seeking An Injunction To Have His Custody Transfered Back To The Cook County Jail Received By The Court On 21 August 2008, And Plaintiff Prays This Court Will Allow Him To Withdraw Said Motion As Plaintiff Has Become Aware Of New Information That Makes The~~ ~~ 21 August Motion If Granted A Risk To Plaintiff's Saftey.

In Support Of This Motion Platiff Asserts The Following:

1. On 16 August 2008, Plaintiff Was Placed In A Holding Cell At The Cook County Dept. Of Corrections (CCDOC) With 12 Other Detainees To Await Transfer To Other Jails To Be Held For The CCDOC;

2. While In This Holding Cell 5 to 7 Detainees Began Attacking A Single Detainee While Yelling Various Gang Slogans;

3. Plaintiff Was In No Way Involved In This Attack And He Has Absolutely No Gang Affiliations Of Any Kind;

-1-

4) As a result of this attack the CCDOC guards on duty in the CCDOC's "RCDC" area where said attack occurred issued disciplinary write-ups to everyone in the holding cell rather than following proper procedure and investigating said attack;

5) As a result of the failure to follow proper procedure, even the detainees who had no involvement in said attack were written up and as a result Plaintiff feels that he is marked for attack by the gang affiliates of the victim of said attack;

6) Plaintiff feels that he is marked for attack because it is well known to detainees of the CCDOC that many of the CCDOC's guards are former, maybe even current, gang members and/or are related to gang affiliated detainees;

7) Said guards have access to various reports and paperwork (ie write-ups) and are known to provide information to the various gangs housed in the CCDOC;

8) As Plaintiff is now in fear of his physical safety if he were to be again housed at the CCDOC he respectfully requests that this honorable Court order that he be held in the custody of Jefferson County Justice Center (Jail) at 911 Casey Avenue in Mt. Vernon, Illinois pending final disposition of Plaintiff's criminal charges;

9) This request would not be unduly burdensome upon the CCDOC as they have a minimum of 50 detainees housed in the custody of the Jefferson County Justice System at any given time;

-2-

10. The sole reason behind Plaintiff's being transferred to the Jefferson County Justice Center (JCJC) by the CCDOC to be held for the CCDOC was in retaliation against Plaintiff for his filing of the afore numbered §1983 complaint against multiple employees of the CCDOC as well as Plaintiff's contact with various state, federal, and news agencies concerning the inhumane living conditions CCDOC detainees are forced to endure;

11. At the time of the earlier described attack Plaintiff had already been slated for retalitory transfer by the CCDOC. Plaintiff met none of the CCDOC's criteria for such a transfer — he is not a gang leader, he had had no major disciplinary infractions, and his next court appearance was not 60 days or more in the future.

Wherefore the above stated reasons Plaintiff prays his motion seeking an injunction for transfer back to Cook County Jail will be withdrawn and that Plaintiff will be granted the relief sought in assertion #8 of this motion based upon the facts stated herein. Thank you.

William Dukes
Jefferson County Jail
911 Casey Avenue
Mt. Vernon, Illinois 62864

Respectfully Submitted

*William Dukes*

---

## Affidavit / Certificate of Service

I, William Dukes, swear under penalty of perjury, that all information and assertions made herein are true and correct to the best of my knowledge and belief. I further swear that I placed copies of the above in the hands of staff of the Jefferson County Justice Center to be placed in the outgoing mail addressed to each of the defendants and also to Salvadore Godinez, Executive Director of the Cook County Department of Corrections and Sheriff Tom Dart, Sheriff of Cook County, Illinois. On this 2nd day of September 2008.

*William Dukes*

-3-